B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Affiliated Media, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**MediaNews Group, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**76-0425553** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**101 W. Colfax Avenue, Suite 1100**<br>**Denver, CO**<br>ZIP CODE **80202** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Denver** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>**Media** | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9           Recognition of a Foreign<br>☑ Chapter 11          Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                            Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>-----------------------------<br>**Check all applicable boxes:**<br>☑ A plan is being filed with this petition.<br>☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

| Estimated Number of Creditors | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☑ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |

| Estimated Assets | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☑ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| Estimated Liabilities | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☑ $500,000,001 to $1 billion | ☐ More than $1 billion |

| Voluntary Petition <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): <br> Affiliated Media, Inc. |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: District of Delaware | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Affiliated Media, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X *Derek C. Abbott /s/ by permission*
Signature of Attorney for Debtor(s)
Derek C. Abbott                    Kathryn A. Coleman
Printed Name of Attorney for Debtor(s)
Morris, Nichols, Arsht & Tunnell LLP    Hughes Hubbard & Reed LLP
Firm Name
1201 North Market Street           One Battery Park Plaza
Address
P.O. Box 1347                      New York, NY 10004-1482
Wilmington, Delaware 19899-1347
302-658-9200                       212-837-6000
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Ronald A. Mayo*
Signature of Authorized Individual
Ronald A. Mayo
Printed Name of Authorized Individual
Vice President and CFO
Title of Authorized Individual

_____
Date

# AFFILIATED MEDIA, INC.

## SECRETARY'S CERTIFICATE

The undersigned, Patricia Robinson, being the duly elected, acting and qualified Secretary of Affiliated Media, Inc., a Delaware corporation (the "Corporation"), hereby certifies that attached hereto as Annex A is a true, correct and complete copy of resolutions duly adopted by the vote and consent of all of the directors of the Corporation at a special meeting of the Board of Directors held on January 21, 2010 in accordance with the requirements of the Delaware General Corporation Law, and such resolutions remain in full force and effect as of the date hereof and in the form attached hereto, and have not been repealed, rescinded, amended, or modified in any way.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 22nd day of January, 2010.

_____
Patricia Robinson
Secretary

# ANNEX A

# AFFILIATED MEDIA, INC.
# RESOLUTIONS OF THE BOARD OF DIRECTORS

RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of Affiliated Media, Inc., a Delaware corporation (the "Corporation"), its creditors, employees and other parties in interest, that the Corporation file or cause to be filed a voluntary petition seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and further

RESOLVED, that the officers of the Corporation be, and each hereby is, authorized and empowered on behalf of the Corporation, to execute and verify petitions and amendments thereto under chapter 11 of the Bankruptcy Code, in such forms as the officer or officers executing the same shall approve, his, her or their execution to be conclusive evidence of the approval thereof by such officer or officers and the Board of Directors, and to file or cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as the officer or officers executing the same shall determine; and further

RESOLVED, that the officers of the Corporation be, and each hereby is, authorized and empowered on behalf of the Corporation, to execute, verify and file or cause to be filed any and all petitions, schedules, motions, lists, applications, pleadings and other papers, in such forms as the officer or officers executing the same shall approve, his, her or their execution to be conclusive evidence of the approval thereof by such officer or officers and the Board of Directors, and to take all such other actions deemed by the officers of the Corporation to be necessary, appropriate or desirable in connection with the Corporation's chapter 11 case (the "Chapter 11 Case"), with a view to the successful prosecution of the Chapter 11 Case; and further

RESOLVED, that the officers of the Corporation be, and each hereby is, authorized and empowered on behalf of the Corporation, to (i) execute, verify and file or cause to be filed with the Bankruptcy Court the Disclosure Statement of the Corporation dated December 18, 2009, as heretofore amended and supplemented, with all exhibits thereto (the "Disclosure Statement"), including the Prepackaged Plan of Reorganization of the Corporation dated December 18, 2009, as heretofore amended and supplemented (the "Prepackaged Plan"), and to make and submit any and all amendments, modifications, changes or additions thereto as any of the officers of the Corporation may approve, such approval to be conclusively evidenced by the making or submission thereof; (ii) negotiate, execute, deliver and/or file or cause to be filed the other Plan Documents (as defined in the Prepackaged Plan); (iii) seek confirmation of the Prepackaged Plan; (iv) take all such other actions deemed by the officers of the Corporation to be necessary, appropriate or desirable in furtherance of confirmation of the Prepackaged Plan and (v) once an order of the Bankruptcy Court is entered confirming the Prepackaged Plan, execute and deliver all agreements, amendments, instruments, consents, certificates, letters, documents and other writings as may be required for the occurrence of the Effective Date (as defined in the Prepackaged Plan) and take such other actions as may be necessary, appropriate or desirable in furtherance of the occurrence of the Effective Date; and further

60915812_2.DOC

RESOLVED, that the officers of the Corporation be, and each hereby is, authorized and empowered on behalf of the Corporation, to retain (i) the law firm of Hughes Hubbard & Reed LLP as general bankruptcy counsel for the Corporation, (ii) the law firm of Morris, Nichols, Arsht & Tunnell LLP as co- bankruptcy counsel for the Corporation, (iii) Carl Marks Advisory Group LLC as restructuring advisor for the Corporation, (iv) Rothschild Inc. as financial advisor for the Corporation, (v) Epiq Bankruptcy Solutions, LLC as claims, noticing and balloting agent for the Corporation, (vi) the law firm of Wilkinson Barker Knauer, LLP as special FCC counsel for the Corporation, (vii) Sitrick and Company Inc. as communications consultant for the Corporation and (viii) such other professionals as the officers of the Corporation deem necessary, appropriate or desirable in connection with the Chapter 11 Case, in each case on such terms as the officers of the Corporation shall deem necessary, appropriate or desirable and subject to any required approvals of the Bankruptcy Court; and further

RESOLVED, that the officers of the Corporation be, and each hereby is, authorized and empowered on behalf of the Corporation, to negotiate, execute, deliver and/or file or cause to be filed any and all agreements, amendments, instruments, consents, certificates, letters, documents or other writings, and to take all such other actions (including the payment of expense) deemed by the officers of the Corporation to be necessary, appropriate or desirable to carry out the purposes and intents of each and all of the foregoing resolutions; and further

RESOLVED, that all authority conferred by these resolutions shall be deemed retroactive and any and all acts authorized under these resolutions performed prior to the adoption of this resolution are hereby ratified, affirmed and approved; and that, without limitation of the foregoing, all actions heretofore taken for or on behalf of the Corporation by the officers of the Corporation in connection with the transactions contemplated by the preceding resolutions be, and hereby are, ratified, adopted and confirmed in all respects.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **AFFILIATED MEDIA, INC.,**[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 10-_____ |

## LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS

The following is the list of creditors holding the 20 largest unsecured claims against the above-captioned debtor (the "Debtor"). The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case and represents the Debtor's best estimate of the largest unsecured claims that creditors may assert against it, as of January 22, 2010. The list does not include (i) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The information presented in this list shall not constitute an admission by, nor is it binding upon, the Debtor.[2]

| (1) Name of Creditor | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) State value of claim |
|---|---|---|---|---|
| The Bank of New York Mellon | Global Corporate Trust <br> 101 Barclay Street <br> 8 West <br> New York, NY 10286 <br><br> John M. Guiliano <br> Phone: (212) 815-5441 <br> Fax: (732) 667-9239 | Bank Loan <br><br> Indenture Trustee for 6 7/8% Senior Subordinated Notes Due 2013 | Liquidated | $204,100,000.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 5553. The Debtor's mailing address and corporate headquarters is 101 W. Colfax Avenue, Suite 1100, Denver, CO 80202.

[2] The Debtor reserves the right to amend this list based on information existing as of the filing date. Furthermore, except as appropriate, the Debtor has not yet identified which of its largest unsecured claims, if any, are contingent, unliquidated, disputed and/or subject to setoff as appropriate. Inclusion of a claim on this consolidated list is not an admission that the amounts listed are owed by the Debtor.

| (1) Name of Creditor | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) State value of claim |
|---|---|---|---|---|
| The Bank of New York Mellon | Global Corporate Trust<br>101 Barclay Street<br>8 West<br>New York, NY 10286<br><br>John M. Guiliano<br>Phone: (212) 815-5441<br>Fax: (732) 667-9239 | Bank Loan<br><br>Indenture Trustee for 6 3/8% Senior Subordinated Notes Due 2014 | Liquidated | $121,800,000.00 |
| Pension Benefit Guaranty Corporation | Department of Insurance Supervision and Compliance<br>120 K Street, NW<br>Washington, D.C. 20005<br><br>Phone: (202) 326-4000 | Pension Liabilities | Contingent, Unliquidated | $70,400,000.00 |
| Systems Maintenance Services, Inc. | 9013 Permeter Drive<br>Suite E<br>Charlotte, NC 28216<br><br>Rob Scott<br>Phone: (978)-293-3657<br>Fax: (978)-562-8617 | Trade Debt | | $47,179.85 |
| Hewitt Associates LLC | 100 Half Day Road<br>Lincolnshire, IL 60069<br><br>Scott Davis<br>Phone: (847) 295-5000<br>Fax: (847) 295-7634 | Trade Debt | | $46,500.00 |
| Gumiyo Inc. | 24025 Park Sorrento<br>Suite 210<br>Calabasas, CA 91302<br><br>Eric Larson<br>Phone: (888) 486-9611<br>Fax: (818) 337-0342 | Trade Debt | | $29,100.00 |
| Atypon Systems Inc. | 18 West 18th Street<br>New York, NY 10011<br><br>Stephen Awtrey<br>Phone: (508) 587-7476<br>Fax: (409) 988-1070 | Trade Debt | | $24,000.00 |
| Ultimate Software Group LLC | 1485 North Park Drive<br>Weston, FL 33326<br><br>Scott Niblock<br>Phone: (954) 331-7000<br>Fax: (954) 331-7303 | Trade Debt | | $19,200.00 |

| (1) Name of Creditor | (2) Name, telephone number and complete mailing address, including zip code, of employees, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) State value of claim |
|---|---|---|---|---|
| Adicio | 2382 Faraday Avenue<br>Suite 350<br>Carlsbad, CA 92008<br><br>Mike Cavalho<br>Phone: (760) 602-9502<br>Fax: (760) 602-9260 | Trade Debt | | $17,500.00 |
| Rose Consulting | 1931 Main Street<br>Bloomsburg, PA 17815<br><br>Robert Rose<br>Phone: (570) 854-3555<br>Fax: (570) 245-0014 | Trade Debt | | $15,900.00 |
| Assurity Insurance Company | 8310 Clinton Park Drive<br>Fort Wayne, IN 46825<br><br>Jackie Lloyd<br>Phone: (260) 469-2913<br>Fax: (260) 483-6255 | Trade Debt | | $15,000.00 |
| Database Specialists | 580 California Street<br>Suite 500<br>San Francisco, CA 94104<br><br>David Wolff<br>Phone: (415) 344-0500 x 43<br>Fax: (415) 344-0509 | Trade Debt | | $10,000.00 |
| Robert Half Technology | P.O. Box 60000<br>San Francisco, CA 94160<br><br>Andrew Carlin<br>Phone: (800) 356-1994 x 87733<br>Fax: (925) 598-7974 | Trade Debt | | $9,300.00 |
| Global Compliance | 13950 Ballantyne Corporate Place<br>Suite 300<br>Charlotte, NC 28277<br><br>Christina Luedke<br>Phone: (800) 876-6023<br>Fax: (877) 861-6715 | Trade Debt | | $8,500.00 |
| Lathamwyo Consulting Inc. | 4812 Tanglewood Trail<br>Boulder, CO 80301<br><br>Hank Latham<br>Phone: (303) 478-6405<br>Fax: (303) 527-0522 | Trade Debt | | $6,500.00 |

| (1) Name of Creditor | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) State value of claim [if secured also state value of security] |
|---|---|---|---|---|
| Denovo | 4000 Barranca Parkway<br>Suite 250<br>Irvine, CA 92604<br><br>Dan Murphy<br>Phone: (925)-768-0155<br>Fax: (877)-433-6626 | Trade Debt | | $5,000.00 |
| Masergy | P.O. Box 671454<br>Dallas, TX 75267<br><br>Steve Drake<br>Phone: (214) 442-8814<br>Fax: (214) 442-5756 | Trade Debt | | $4,600.00 |
| Intelligent Commercial Environments Inc. | 7730 E Belleview Avenue<br>#AG3<br>Greenwood Village, CO 80111<br><br>Gary Brewer<br>Phone: (303) 771-9530<br>Fax: (303) 740-8104 | Trade Debt | | $2,300.00 |
| Wheeler Trigg O'Donnell LLP | 1801 California Street<br>Suite 3600<br>Denver, CO 80202<br><br>Tina Baumgard<br>Phone: (303) 244-1800<br>Fax: (303) 244-1879 | Trade Debt | | $800.00 |
| National Corporate Research | 10 East 40th Street<br>10th Floor<br>New York, NY 10016<br><br>Sandra Diaz<br>Phone: (800) 221-0102 x 1158<br>Fax: (800) 944-6607 | Trade Debt | | $300.00 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **AFFILIATED MEDIA, INC.,** <br><br> **Debtor.** | Chapter 11 <br><br> Case No. 10-_____ |

## DECLARATION CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

I, Ronald A. Mayo, the undersigned authorized officer of Affiliated Media, Inc., named as the Debtor in this case, declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding 20 Largest Unsecured Claims against Affiliated Media, Inc., submitted herewith and that it is true and correct to the best of my information and belief.

Dated: January 22, 2010

*/s/ Ronald A. Mayo*
Ronald A. Mayo
Vice President and Chief Financial Officer

# Affiliated Media, Inc.
## List of Shareholders
### As of December 14, 2009

| Name and Address | Shares Held |
|---|---|
| **Class A Shareholders:** | |
| The Singleton Family Revocable Trust<br>c/o W. Dean Singleton and Howell E. Begle, Jr., Trustees<br>101 West Colfax Avenue, Suite 1100<br>Denver, Colorado 80202 | 254,858.99 Shares of Class A Common Stock |
| The Singleton Family Irrevocable Trust<br>Patricia Robinson and Howell E. Begle, Jr., Trustees<br>101 West Colfax Avenue<br>Suite 1100<br>Denver, Colorado 80202 | 786,426.51 Shares of Class A Common Stock |
| Joseph J. Lodovic, IV<br>101 West Colfax Avenue, Suite 1100<br>Denver, Colorado 80202 | 58,199 Shares of Class A Common Stock |
| Jean L. Scudder<br>c/o Frederick W. Rose<br>Lindabury, McCormick, Estabrook & Cooper, P.C.<br>20 Bingham Avenue<br>Rumson, New Jersey 07760 | 185,817.375 Shares of Class A Common Stock |
| Charles Scudder<br>c/o Frederick W. Rose<br>Lindabury, McCormick, Estabrook & Cooper, P.C.<br>20 Bingham Avenue<br>Rumson, New Jersey 07760 | 260,321.375 Shares of Class A Common Stock |
| Jean L. Scudder, as Trustee for Kurt Miller and Gabriel Difani under The Scudder Family 1987 Trust<br>c/o Frederick W. Rose<br>Lindabury, McCormick, Estabrook & Cooper, P.C.<br>20 Bingham Avenue<br>Rumson, New Jersey 07760 | 123,743.745 Shares of Class A Common Stock |

| | |
|---|---|
| Amy Trunnell, as Trustee for Benjamin Fulmer and Nina Fulmer under The Jean L. Scudder Irrevocable Trust<br>c/o Frederick W. Rose<br>Lindabury, McCormick, Estabrook & Cooper, P.C.<br>20 Bingham Avenue<br>Rumson, New Jersey 07760 | 74,504 Shares of Class A Common Stock |
| Elizabeth H. Difani<br>c/o Frederick W. Rose<br>Lindabury, McCormick, Estabrook & Cooper, P.C.<br>20 Bingham Avenue<br>Rumson, New Jersey 07760 | 86,773.7917 Shares of Class A Common Stock |
| Elizabeth H. Difani, as Trustee under The Miguel Difani Irrevocable Trust, The Chipeta Difani Irrevocable Trust, and The Katya Difani Revocable Trust<br>c/o Frederick W. Rose<br>Lindabury, McCormick, Estabrook & Cooper, P.C.<br>20 Bingham Avenue<br>Rumson, New Jersey 07760 | 112,305.6658 Shares of Class A Common Stock |
| Carolyn Miller<br>c/o Frederick W. Rose<br>Lindabury, McCormick, Estabrook & Cooper, P.C.<br>20 Bingham Avenue<br>Rumson, New Jersey 07760 | 59,275.1825 Shares of Class A Common Stock |
| Carolyn Miller, as Trustee under The Jennifer Miller Revocable Trust and The Katherine Miller Revocable Trust<br>c/o Frederick W. Rose<br>Lindabury, McCormick, Estabrook & Cooper, P.C.<br>20 Bingham Avenue<br>Rumson, New Jersey 07760 | 118,550.3650 Shares of Class A Common Stock |
| Bank of New York<br>525 William Penn Place<br>Pittsburgh, PA 15259<br>Attention: Michael Kania | 48,500 Shares of Class A Common Stock |
| Deutsche Bank<br>60 Wall Street<br>New York, NY 10005<br>Attention: Asset Manager | 43,826 Shares of Class A Common Stock |

3

| | |
|---|---|
| SSB&T Co.<br>1776 Heritage Dr.<br>North Quincy, MA 02171<br>Attention: Karen Johndrow | 40,500 Shares of Class A Common Stock |
| US Bank NA<br>1555 N. Rivercenter Drive, Suite 302<br>Milwaukee, WI 53212<br>Attention: Tim Randall, Securities Control | 20,250 Shares of Class A Common Stock |
| JPMorgan Chase Bank NA<br>Paradigm, B Wing, Floor 6<br>Mindspace, Malad (W)<br>Mumbai 400 064, India<br>Attention: Sanjay Ghuliani | 4,500 Shares of Class A Common Stock |
| **Preferred Stock Shareholders:**[1] | |
| Hearst MNG Holdings, LLC<br>c/o The Hearst Corporation<br>300 West 57th Street<br>New York, NY 10019 | 25,000 Shares of Series A Preferred Stock |
| New Paperco, LLC<br>c/o The Hearst Corporation<br>300 West 57th Street<br>New York, NY 10019 | 25 Shares of Series B Preferred Stock and<br>15 Shares of Series C Preferred Stock |
| **Class C Shareholders:** | |
| Hearst MNG Holdings, LLC<br>c/o The Hearst Corporation<br>300 West 57th Street<br>New York, NY 10019 | 100 Shares of Class C Common Stock[2] |

---

1. All of the outstanding shares of preferred stock of were retired by Affiliated Media, Inc. on December 21, 2009 for $1.

2. 52 shares of Class C Common Stock held by Hearst MNG Holdings, LLC were retired by Affiliated Media, Inc. on December 21, 2009 for $1.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **AFFILIATED MEDIA, INC.,** <br><br> Debtor. | Chapter 11 <br><br> Case No. 10-_____ |

## DECLARATION CONCERNING LIST OF EQUITY SECURITY HOLDERS

I, Ronald A. Mayo, the undersigned authorized officer of Affiliated Media, Inc., named as the Debtor in this case, declare under penalty of perjury that I have reviewed the List of Equity Security Holders for Affiliated Media, Inc., submitted herewith and that it is true and correct to the best of my information and belief.

Dated: January 22, 2010

_____
Ronald A. Mayo
Vice President and Chief Financial Officer

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

*In re*

AFFILIATED MEDIA, INC.,[1]

Debtor.

Chapter 11

Case No. 10-_____

## CORPORATE OWNERSHIP STATEMENT (RULE 1007(a)(1))

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, the Debtor hereby certifies that the following corporations directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Name of Equity Interest Holder | Last Known Address of Equity Interest Holder | Equity Interest Held |
|---|---|---|
| Singleton Family Voting Trust for MediaNews Group, Inc. | Howell E. Begle, Jr., Voting Trustee<br>101 West Colfax Avenue<br>Suite 1100<br>Denver, CO 80202 | Holds 46.98% of the Class A Common Stock of the Debtor |
| Scudder Family Voting Trust for MediaNews Group, Inc. | Jean Scudder, Voting Trustee<br>c/o Frederick W. Rose<br>Lindabury, McCormick, Estabrook & Cooper, P.C.<br>20 Bingham Avenue<br>Rumson, New Jersey 07760 | Holds 46.10% of the Class A Common Stock of the Debtor |
| The Singleton Family Revocable Trust | W. Dean Singleton and Howell E. Begle, Jr., Trustees<br>101 West Colfax Avenue<br>Suite 1100<br>Denver, CO 80202 | Indirectly holds 11.19% of the Class A Common Stock of the Debtor (all of these shares are directly held by the Voting Trustee under the Amended and Restated Singleton Family Voting Trust for MediaNews Group, Inc. dated as of April 15, 2008) |

---

1. The last four digits of the Debtor's federal tax identification number are 5553. The Debtor's mailing address and corporate headquarters is 101 W. Colfax Avenue, Suite 1100, Denver, CO 80202.

| The Singleton Family Irrevocable Trust | Patricia Robinson and Howell E. Begle, Jr., Trustees<br>101 West Colfax Avenue<br>Suite 1100<br>Denver, CO 80202 | Indirectly holds 34.52% of the Class A Common Stock of the Debtor (all of these shares are directly held by the Voting Trustee under the Amended and Restated Singleton Family Voting Trust for MediaNews Group, Inc. dated as of April 15, 2008) |
|---|---|---|
| Hearst MNG Holdings, LLC | 300 West 57th Street<br>New York, NY 10019 | Holds 100% of the Class C Common Stock of the Debtor |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* <br><br> **AFFILIATED MEDIA, INC.,** <br><br> Debtor. | Chapter 11 <br><br> Case No. 10-_____ |

## DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

I, Ronald A. Mayo, the undersigned authorized officer of Affiliated Media, Inc., named as the Debtor in this case, declare under penalty of perjury that I have reviewed the Corporate Ownership Statement of Affiliated Media, Inc., submitted herewith, and that it is true and correct to the best of my information and belief.

Dated: January 22, 2010

_____
Ronald A. Mayo
Vice President and Chief Financial Officer

60904475_2.DOC