# Exhibit 3

Unaudited Consolidated Balance Sheet as of September 30, 2009 and the related Statements of Operations and Cash Flows for the Fiscal Quarter ended September 30, 2009

[THIS PAGE INTENTIONALLY LEFT BLANK]

# Consolidated Financial Statements

# MediaNews Group, Inc.
# As of and For The Quarter Ended
# September 30, 2009

NOTE: The balance sheets, statements of operations, statements of cash flows and notes to the consolidated financial statements have been prepared in accordance with U.S. generally accepted accounting principles applied on a consistent basis.

# MEDIANEWS GROUP, INC.
Quarter Ended September 30, 2009
Index to Financial Information

| | Page |
|---|---:|
| Financial Statements | |
| Condensed Consolidated Balance Sheets | 3 |
| Condensed Consolidated Statements of Operations | 5 |
| Condensed Consolidated Statements of Cash Flows | 6 |
| Notes to Condensed Consolidated Financial Statements | 7 |

# MEDIANEWS GROUP, INC. AND SUBSIDIARIES
# CONDENSED CONSOLIDATED BALANCE SHEETS

| ASSETS | (Unaudited) September 30, 2009 | (Preliminary) June 30, 2009 |
|---|---:|---:|
| | (Dollars in thousands) | |
| **CURRENT ASSETS** | | |
| Cash and cash equivalents | $ 66,298 | $ 64,303 |
| Accounts receivable, less allowance for doubtful accounts of $15,513 at September 30, 2009 and $16,017 at June 30, 2009 | 127,414 | 131,622 |
| Inventories of newsprint and supplies | 16,307 | 19,480 |
| Prepaid expenses and other assets | 54,321 | 54,580 |
| TOTAL CURRENT ASSETS | 264,340 | 269,985 |
| **PROPERTY, PLANT AND EQUIPMENT** | | |
| Land | 64,653 | 64,672 |
| Buildings and improvements | 204,562 | 204,562 |
| Machinery and equipment | 527,758 | 526,349 |
| Construction in progress | 6,326 | 7,409 |
| TOTAL PROPERTY, PLANT AND EQUIPMENT | 803,299 | 802,992 |
| Less accumulated depreciation and amortization | (309,571) | (300,339) |
| NET PROPERTY, PLANT AND EQUIPMENT | 493,728 | 502,653 |
| **OTHER ASSETS** | | |
| Investment in unconsolidated JOA (Salt Lake City) | 10,343 | 12,461 |
| Equity investments | 17,875 | 18,412 |
| Subscriber accounts, less accumulated amortization of $155,297 at September 30, 2009 and $154,348 at June 30, 2009 | 14,626 | 15,575 |
| Excess of cost over fair value of net assets acquired | 90,261 | 90,261 |
| Newspaper mastheads | 55,470 | 55,470 |
| Advertiser lists, covenants not to compete and other identifiable intangible assets, less accumulated amortization of $196,893 at September 30, 2009 and $194,898 at June 30, 2009 | 25,690 | 27,685 |
| Other | 40,942 | 42,342 |
| TOTAL OTHER ASSETS | 255,207 | 262,206 |
| TOTAL ASSETS | $ 1,013,275 | $ 1,034,844 |

See notes to condensed consolidated financial statements

3

# MEDIANEWS GROUP, INC. AND SUBSIDIARIES
# CONDENSED CONSOLIDATED BALANCE SHEETS

| LIABILITIES AND SHAREHOLDERS' DEFICIT | (Unaudited) September 30, 2009 | (Preliminary) June 30, 2009 |
|---|---:|---:|
| | (Dollars in thousands, except share data) | |
| **CURRENT LIABILITIES** | | |
| Trade accounts payable | $ 32,295 | $ 37,649 |
| Accrued liabilities | 85,279 | 83,710 |
| Accrued interest | 26,637 | 19,997 |
| Unearned income | 64,935 | 65,205 |
| Current portion of long-term debt and obligations under capital leases | 921,897 | 922,235 |
| TOTAL CURRENT LIABILITIES | 1,131,043 | 1,128,796 |
| LONG-TERM DEBT AND OBLIGATIONS UNDER CAPITAL LEASES | 87,728 | 85,762 |
| DEFINED BENEFIT AND OTHER POST EMPLOYMENT BENEFIT PLAN LIABILITIES | 141,402 | 139,920 |
| OTHER LIABILITIES | 22,020 | 21,639 |
| DEFERRED INCOME TAXES, NET | 29,617 | 28,385 |
| PREFERRED STOCK | 43,414 | 40,395 |
| **SHAREHOLDERS' DEFICIT** | | |
| Common stock, Class A, par value $0.001; 3,150,000 shares authorized: 2,314,346 shares issued; 2,278,352 shares outstanding at September 30, 2009 and June 30, 2009 | 2 | 2 |
| Common stock, Class C, par value $0.001; 100 shares authorized: 100 shares issued and outstanding at September 30, 2009 and June 30, 2009 | — | — |
| Additional paid-in capital | 346,458 | 346,458 |
| Accumulated other comprehensive loss, net of taxes | (76,976) | (77,241) |
| Accumulated deficit | (900,240) | (872,201) |
| Common stock in treasury, at cost, 35,994 shares at September 30, 2009 and June 30, 2009 | (4,799) | (4,799) |
| Total shareholders' deficit for MediaNews Group, Inc. | (635,555) | (607,781) |
| Noncontrolling interests | 193,606 | 197,728 |
| TOTAL SHAREHOLDERS' DEFICIT | (441,949) | (410,053) |
| TOTAL LIABILITIES AND SHAREHOLDERS' DEFICIT | $ 1,013,275 | $ 1,034,844 |

See notes to condensed consolidated financial statements

# MEDIANEWS GROUP, INC. AND SUBSIDIARIES
# CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
# (UNAUDITED)

|  | Three Months Ended September 30, | |
|---|---:|---:|
|  | **2009** | **2008** |
|  | (Dollars in thousands) | |
| **REVENUES** | | |
| Advertising | $ 203,356 | $ 204,030 |
| Circulation | 60,124 | 50,631 |
| Other | 14,478 | 11,350 |
| TOTAL REVENUES | 277,958 | 266,011 |
| LOSS FROM UNCONSOLIDATED JOAS (SALT LAKE CITY (2009 and 2008) AND DENVER (2008)) | (291) | (5,424) |
| **COST AND EXPENSES** | | |
| Cost of sales | 82,289 | 83,980 |
| Selling, general and administrative | 173,286 | 158,526 |
| Depreciation and amortization | 13,713 | 14,645 |
| Interest expense | 18,382 | 13,986 |
| Other (income) expense, net | 9,985 | 1,163 |
| TOTAL COSTS AND EXPENSES | 297,655 | 272,300 |
| EQUITY INVESTMENT INCOME (LOSS), NET | (538) | 269 |
| GAIN ON SALE OF ASSETS, NET | 5 | 2,900 |
| LOSS BEFORE INCOME TAXES | (20,521) | (8,544) |
| INCOME TAX EXPENSE | (1,315) | (2,948) |
| LOSS FROM CONTINUING OPERATIONS | (21,836) | (11,492) |
| LOSS FROM DISCONTINUED OPERATIONS, NET OF TAX | — | (1,840) |
| LOSS | (21,836) | (13,332) |
| INCOME ATTRIBUTABLE TO NONCONTROLLING INTERESTS | (3,183) | (6,660) |
| LOSS ATTRIBUTABLE TO SHAREHOLDERS OF MEDIANEWS GROUP, INC. | $ (25,019) | $ (19,992) |

See notes to condensed consolidated financial statements

**MEDIANEWS GROUP, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(UNAUDITED)**

|  | Three Months Ended September 30, | |
|---|---:|---:|
|  | 2009 | 2008 |
|  | (Dollars in thousands) | |
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | |
| Loss from continuing operations | $ (21,836) | $ (11,492) |
| Adjustments to reconcile loss from continuing operations to net cash provided by operating activities of continuing operations: | | |
| Depreciation and amortization | 13,838 | 15,147 |
| Provision for losses on accounts receivable | 4,481 | 4,726 |
| Amortization of debt discount and deferred debt issuance costs | 167 | 182 |
| Net gain on sale of assets | (5) | (2,900) |
| Proportionate share of net income from unconsolidated JOAs | (3,227) | (5,920) |
| Distributions of net income from unconsolidated JOAs [a] | 3,227 | 5,920 |
| Equity investment (income) loss, net | 538 | (269) |
| Distributions of net income from equity investments [b] | — | 177 |
| Change in defined benefit plan liabilities, net of cash contributions | 1,145 | (3,044) |
| Deferred income tax expense | 1,232 | 2,767 |
| Unrealized loss on hedging activities and amortization of prior service costs and actuarial losses, reclassified to earnings from accumulated other comprehensive loss | 265 | 550 |
| Change in operating assets and liabilities | 6,576 | (42,111) |
| NET CASH FLOWS FROM OPERATING ACTIVITIES OF CONTINUING OPERATIONS | 6,401 | (36,267) |
| NET CASH FLOWS FROM OPERATING ACTIVITIES OF DISCONTINUED OPERATIONS | — | 1,309 |
| NET CASH FLOWS FROM OPERATING ACTIVITIES | 6,401 | (34,958) |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | |
| Other investments, net | 755 | (200) |
| Distributions in excess of net income from JOAs [a] | 2,119 | 6,222 |
| Distributions in excess of net income from equity investments [b] | — | 113 |
| Capital expenditures | (572) | (5,530) |
| Proceeds from the sale of assets | 481 | 5,955 |
| NET CASH FLOWS FROM INVESTING ACTIVITIES OF CONTINUING OPERATIONS | 2,783 | 6,560 |
| NET CASH FLOWS FROM INVESTING ACTIVITIES OF DISCONTINUED OPERATIONS | — | 152,728 |
| NET CASH FLOWS FROM INVESTING ACTIVITIES | 2,783 | 159,288 |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | |
| Issuance of long-term debt, net of credit amendment fees [c] | 937 | 12,023 |
| Reduction of long-term debt and other liabilities | (821) | (195,182) |
| Distributions to noncontrolling interests | (7,305) | (7,118) |
| NET CASH FLOWS FROM FINANCING ACTIVITIES OF CONTINUING OPERATIONS | (7,189) | (190,277) |
| NET CASH FLOWS FROM FINANCING ACTIVITIES OF DISCONTINUED OPERATIONS | — | (400) |
| NET CASH FLOWS FROM FINANCING ACTIVITIES | (7,189) | (190,677) |
| INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS | 1,995 | (66,347) |
| CASH AND CASH EQUIVALENTS AT BEGINNING OF PERIOD | 64,303 | 70,296 |
| CASH AND CASH EQUIVALENTS AT END OF PERIOD | $ 66,298 | $ 3,949 |

(a) Total distributions from unconsolidated JOAs were $5.3 million and $12.1 million for the three months ended September 30, 2009 and 2008, respectively.
(b) Total distributions from equity investments were $0.0 million and $0.3 million for the three months ended September 30, 2009 and 2008, respectively.
(c) For the three months ended September 30, 2009, activity only represents borrowings at the Denver Newspaper Agency.

See notes to condensed consolidated financial statements

**Note 1: Basis of Quarterly Financial Statements**

The accompanying unaudited condensed consolidated financial statements have been prepared in accordance with generally accepted accounting principles for interim financial information. Accordingly, they do not include all of the information and disclosures required by generally accepted accounting principles for complete consolidated financial statements and should be read in conjunction with the MediaNews Group, Inc.'s ("MediaNews" or the "Company") consolidated financial statements and notes thereto for the year ended June 30, 2009. In the opinion of management, all adjustments considered necessary for a fair presentation have been included. Operating results for the three-month period ended September 30, 2009 are not necessarily indicative of the results that may be expected for future interim periods or for the year ending June 30, 2010.

At the end of each interim period, the Company makes its best estimate regarding the effective tax rate expected to be applicable for the full fiscal year. The rate so determined is used in providing for income taxes on a current year to date basis. Accordingly, the effective tax rate for the three-month period presented in the accompanying unaudited condensed consolidated financial statements may vary significantly in future periods. The effective income tax rate varies from the federal statutory rate because of state income taxes and the non-deductibility of certain expenses. The Company recognized book income tax expense for the periods presented despite generating book losses because of increased deferred tax balances associated with indefinite-lived intangible assets, which due to the uncertainty of when these balances will turn, cannot be offset against the Company's deferred tax assets.

As a result of secular and cyclical changes in advertising spending in newspapers, the Company has experienced a substantial decrease in operating revenues and cash flows, causing it to default on its Bank Credit Facility and its 6.875% and 6.375% Senior Subordinated Notes. The Company is currently subject to a Forbearance Agreement with respect to its Bank Credit Facility and its Senior Subordinated Notes (all of which are more fully described in Note 10: Debt in the Company's June 30, 2009 consolidated financial statements). The Company is in the process of restructuring these debt obligations in the form of a comprehensive reorganization and restructuring of the Company's debt and equity, as more fully described in Note 21: Restructuring and Reorganization Plan in the Company's June 30, 2009 consolidated financial statements. Despite the uncertainty with respect to the Company's restructuring plans, the financial statements included here for the period ended June 30, 2009 and the quarter ended September 30, 2009 have been prepared on a going concern basis. Financial statements prepared on this basis of accounting do not include any adjustments relating to the recoverability and classification of recorded asset amounts or amounts and classification of liabilities that might be necessary should the Company be unable to continue as a going concern.

**Note 2: Discontinued Operations - Sale of Connecticut**

Effective August 7, 2008, the Company sold the *Connecticut Post* to The Hearst Corporation ("Hearst") and terminated the related management agreement in Connecticut for $155.0 million, including a settlement for working capital.

The accompanying unaudited condensed consolidated financial statements reflect the results of the *Connecticut Post* and the other newspapers operated under the related management agreement (collectively, the "Connecticut Newspapers") as discontinued operations for the three months ended September 30, 2008.

For the period beginning July 1, 2008 through August 6, 2008, discontinued operations, net of tax, for the Connecticut Newspapers represented the results of the *Connecticut Post*, *The News-Times, The Advocate* (Stamford, Connecticut) and *Greenwich Time*, net of a noncontrolling interest of 40%.

The Connecticut Newspapers were considered a component of the Company as its operations and cash flows could be clearly distinguished, operationally and for financial reporting purposes, from the rest of the Company. The operations and cash flows of these businesses have been eliminated from the ongoing operations of the Company as a result of the sale and termination of the management agreement and the Company will not have any significant continuing involvement in their operations. Accordingly, the results of operations for the Connecticut Newspapers are reported as discontinued operations in the accompanying unaudited condensed consolidated statements of operations.

7

Selected financial information related to discontinued operations is summarized as follows (in thousands):

|  | Three Months Ended September 30, 2008 |
|---|---:|
| Total revenues | $ 9,435 |
| Total costs and expenses | (10,250) |
| Loss on sale of discontinued operations | (2,181) |
| Loss from discontinued operations before income taxes | (2,996) |
| Income tax benefit | 1,220 |
| Loss from discontinued operations, net of tax | (1,776) |
| Income attributable to noncontrolling interests | (64) |
| Loss attributable to shareholders of MediaNews Group, Inc. | $ (1,840) |

Cash flow information is as follows:

|  | Three Months Ended September 30, 2008 |
|---|---:|
|  | (Dollars in thousands) |
| **CASH FLOWS FROM OPERATING ACTIVITIES OF DISCONTINUED OPERATIONS:** |  |
| Loss from discontinued operations | $ (1,776) |
| Adjustments to reconcile loss from discontinued operations to net cash provided by operating activities of discontinued operations: |  |
| Depreciation and amortization | 1,158 |
| Loss on sale of business | 2,181 |
| Deferred income tax benefit | 1,220 |
| Change in operating assets and liabilities | (1,474) |
| NET CASH FLOWS FROM OPERATING ACTIVITIES OF DISCONTINUED OPERATIONS | $ 1,309 |
| **CASH FLOWS FROM INVESTING ACTIVITIES OF DISCONTINUED OPERATIONS:** |  |
| Capital expenditures | $ (613) |
| Proceeds from sale of assets | 153,341 |
| NET CASH FLOWS FROM INVESTING ACTIVITIES OF DISCONTINUED OPERATIONS | $ 152,728 |
| **CASH FLOWS FROM FINANCING ACTIVITIES OF DISCONTINUED OPERATIONS:** |  |
| Distributions to noncontrolling interests | $ (400) |
| NET CASH FLOWS FROM FINANCING ACTIVITIES OF DISCONTINUED OPERATIONS | $ (400) |

**NOTE 3: Comprehensive Loss**

The Company's comprehensive loss consisted of the following:

|  | Three Months Ended September 30, | |
|---|---:|---:|
|  | 2009 | 2008 |
|  | (Dollars in thousands) | |
| Loss | $ (21,836) | $ (13,332) |
| Other comprehensive loss, net of tax: |  |  |
|   Unrealized loss on hedging activities, net of tax | — | (86) |
|   Unrealized loss on newsprint hedging activities, reclassified to earnings, net of tax | — | 114 |
|   Amortization of prior service costs and actuarial losses reclassified to earnings, net of tax | 265 | 436 |
| Comprehensive loss | $ (21,571) | $ (12,868) |
| Less comprehensive income attributable to noncontrolling interest | (3,183) | (6,660) |
| Comprehensive loss attributable to MediaNews Group, Inc. | $ (24,754) | $ (19,528) |

**Note 4: Denver JOA Separation Agreement**

Until the February 2009 Separation Agreement between MediaNews Group and E.W. Scripps Company ("Scripps"), owner of the *Rocky Mountain News*, the Company through its wholly owned subsidiary, The Denver Post Corporation, owned the masthead of *The Denver Post* and a 50% interest in the Denver Newspaper Agency ("DNA" or the "Denver JOA"), a partnership which published *The Denver Post* and the *Rocky Mountain News,* under the terms of a JOA agreement. DNA was responsible for performing all the business functions of *The Denver Post* and, through February 26, 2009, the *Rocky Mountain News,* including advertising and circulation sales, production, distribution and administration. News and editorial costs related to *The Denver Post* were incurred outside of the Denver JOA. Conversely, through February 26, 2009, Scripps was responsible for the news and editorial costs of the *Rocky Mountain News.*

On February 26, 2009, the Company and Scripps entered into a Separation Agreement. Effective February 27, 2009, in accordance with the Separation Agreement, Scripps stopped publishing the *Rocky Mountain News* and ceded management control, subject to certain protective rights, of the Denver JOA, as well as Prairie Mountain Publishing Company (also a 50/50 partnership between the Company and Scripps) to the Company.

On August 26, 2009, the closing pursuant to the Separation Agreement between the Company and E.W. Scripps Company ("Scripps") was consummated, and the Denver JOA was terminated. In conjunction with the closing, Scripps's 50% interest in Prairie Mountain Publishing Company was contributed to DNA. At the closing, the Company contributed substantially all the assets and liabilities of *The Denver Post* to DNA, such that DNA now owns all the assets and liabilities necessary to publish and produce *The Denver Post*. Effective with the close of the Separation Agreement and the DNA Amended Credit Facility, DNA is 79.9999% owned by the Company, and a corresponding noncontrolling interest was reflected for the remaining 20.0001% owned by the lender group (see Note 4: Denver JOA Separation Agreement and Note 5: Denver Amended Credit Facility in the Company's June 30, 2009 consolidated financial statements).

**Note 5: Denver Amended Credit Facility**

Concurrent with the August 26, 2009 closing of the Separation Agreement, DNA affected a troubled debt restructuring of its $150.0 million revolving credit facility. The restructuring of the DNA Amended Credit Facility was considered a troubled debt restructuring as the creditors for economic reasons granted DNA concessions in the terms of the debt and an equity interest was granted to the lender group. Significant terms of the August 26, 2009 amended and restated credit agreement (the "DNA Amended Credit Facility") are described below.

The $130.5 million in outstanding borrowings under the revolving credit facility at June 30, 2009 was reduced to $80.0 million, consisting of Term Loans A: $55.0 million, Term Loans B: $10.0 million, and Term Loans C: $15.0 million (as of June 30, 2009, the Company reflected outstanding borrowings at the restructured amount in conjunction with the Company's purchase accounting resulting from the consolidation of the Denver Newspaper Agency beginning February 27, 2009). In addition the DNA Amended Credit Facility established a new money Revolver with a borrowing limit of $15.0 million, which is further limited by the collateral of eligible accounts receivable and newsprint inventory. As of September 30, 2009, no borrowings were outstanding on the revolver portion of the credit facility. A Swap Line of credit was also established with a borrowing limit of $2.3 million. The Swap Line is available to be used to pay interest on the interest rate swaps. A Swap Term-out Loan was also established with a borrowing limit of $4.5 million. The Swap Term-out Loan is made available at the end of the swap period and all amounts then owed under the swap agreement, including amounts outstanding under the Swap Line would be rolled into the Swap Term-out Loan. As of September 30, 2009, approximately $0.9 million was outstanding on the Swap Line. Total outstanding debt at DNA recorded in the Company's financial statements, including obligations related to capital leases, was approximately $83.5 million and $81.6 million at September 30, 2009 and June 30, 2009, respectively.

See Note 5: Denver Amended Credit Facility of the Company's June 30, 2009 consolidated financial statements for further discussion regarding the Denver Amended Credit Facility.

**NOTE 6: Salt Lake City and Denver Joint Operating Agencies**

Beginning February 27, 2009, the Company consolidated the operations of the Denver JOA. The summary financial data included here is for the Salt Lake City JOA for all periods presented and the Denver JOA for the three months ended September 30, 2008. The Salt Lake City JOA and Denver JOA information is presented at 100%, with the other partners' share of income from the related JOAs subsequently eliminated. The Salt Lake City JOA column includes its affiliate Salt Lake Newspapers Production Facilities, LLC ("SLNPF"). The editorial costs, miscellaneous revenue received outside of the JOA, depreciation, amortization, and other direct costs incurred outside of the JOAs by our subsidiaries associated with *The Salt Lake Tribune* and *The Denver Post* are included in the line "Associated Revenues and Expenses." See Note 6: Joint Operating Agencies of the Company's June 30, 2009 consolidated financial statements for further discussion of the accounting for the Denver and Salt Lake City JOAs, and Note 4 of these unaudited condensed consolidated financial statements and Note 4 of the June 30, 2009 consolidated financial statements.

|  | Three Months Ended September 30, 2009 | | |
|---|---|---|---|
|  | SLNPF and Salt Lake City JOA Consolidated | Associated Revenues and Expenses | Total Loss from Unconsolidated JOAs |
|  | (Dollars in thousands) | | |
| ***Income Statement Data:*** | | | |
| Total revenues | $ 25,649 | $ 9 | |
| Cost of sales | 4,986 | 2,122 | |
| Selling, general and administrative | 13,491 | 1,261 | |
| Depreciation and amortization | 1,635 | 125 | |
| Other | 329 | 19 | |
| Total costs and expenses | 20,441 | 3,527 | |
| Net income | 5,208 | (3,518) | |
| Partners' share of income from unconsolidated JOAs | (1,981) | — | |
| Income (loss) from unconsolidated JOAs | $ 3,227 | $ (3,518) | $ (291) |

|  | Three Months Ended September 30, 2008 | | | |
| --- | --- | --- | --- | --- |
|  | SLNPF and Salt Lake City JOA Consolidated | Denver JOA | Associated Revenues and Expenses | Total Loss from Unconsolidated JOAs |
|  | (Dollars in thousands) | | | |
| *Income Statement Data:* | | | | |
| Total revenues.......................................... | $ 31,009 | $ 72,920 | $ 60 | |
| Cost of sales............................................ | 6,696 | 22,773 | 7,632 | |
| Selling, general and administrative......... | 14,666 | 41,432 | 2,990 | |
| Depreciation and amortization................ | 1,699 | 4,370 | 502 | |
| Other ....................................................... | 317 | 1,831 | 279 | |
| Total costs and expenses...................... | 23,378 | 70,406 | 11,403 | |
| Net income.............................................. | 7,631 | 2,514 | (11,343) | |
| Partners' share of income from unconsolidated JOAs ............................ | (2,969) | (1,257) | — | |
| Income (loss) from unconsolidated JOAs ................................................... | $ 4,662 | $ 1,257 | $ (11,343) | $ (5,424) |

**NOTE 7: Contingent Matters and Commitments**

There have been no material changes in the other contingent matters discussed in Note 16: Commitments and Contingencies of the Company's consolidated June 30, 2009 financial statements, except as follows.

In 1998, the Company entered into an option agreement in association with the acquisition financing related to one of its newspapers, as is more fully described in Note 16: Commitments and Contingencies in the June 30, 2009 consolidated financial statements of the Company. The option expires in January 2010. The option entitles the holder to purchase the assets used in the publication of one of the Company's newspaper properties, which the option holder can currently exercise or put to the Company based on a predetermined formula. The Company's calculation of the value of the put is no more than $0 and, accordingly, it has not accrued any amounts as of September 30, 2009 and June 30, 2009, respectively. On November 30, 2009, the Company received notification from the holder of the option stating that, since it had not exercised its option, it was entitled to the "Option Cancelation Amount" which it calculated at $8.4 million under the terms of the option agreement. The Company believes the option holder incorrectly calculated the option cancellation value under the terms of the agreement. In fact, the holder of the option acknowledges that it did not have all of the necessary information to fully calculate the "Option Cancelation Amount." The Company intends to vigorously contest any claims for amounts due under the option agreement.

**NOTE 8: Long-Term Debt**

There have been no significant changes to debt as described in Note 5 of these unaudited condensed consolidated financial statements and Notes 5 and 10 of the Company's June 30, 2009 consolidated financial statements.

**NOTE 9: Employee Benefit Plans**

*Components of Net Periodic Benefit Cost (Pension and Other Benefits)*

|  | Pension Plans | | Other Benefits | |
|---|---|---|---|---|
|  | Three Months Ended September 30, | | Three Months Ended September 30, | |
|  | 2009 | 2008 | 2009 | 2008 |
|  | (Dollars in thousands) | | | |
| Service cost | $ 390 | $ 208 | $ 110 | $ 79 |
| Interest cost | 6,544 | 4,407 | 217 | 116 |
| Expected return on plan assets | (4,394) | (4,662) | — | — |
| Amortization of deferral | 70 | 70 | (32) | (32) |
| Amortization of net actuarial loss (gain) | 1,558 | 504 | (39) | (21) |
| Net periodic benefit cost | $ 4,168 | $ 527 | $ 256 | $ 142 |

The Company has made contributions of approximately $3.6 million through September 30, 2009 of fiscal year 2010, of which approximately $0.6 million was related to Denver Newspaper Agency plans.

**Note 10: Hearst Stock Purchase Agreement**

Hearst's shares of the Company's Class C Common Stock provide Hearst a 31% equity interest in the Company's publications outside the San Francisco Bay area as defined in the Hearst Stock Purchase Agreement. Hearst's share of retained earnings related to the Company's loss attributable to Hearst's Class C Common Stock from August 2, 2006 through September 30, 2009 was $(202.4) million and is included in the consolidated accumulated deficit ($(5.8) million and $(5.1) million are related to the three months ended September 30, 2009 and 2008, respectively).

**NOTE 11: Recently-Issued Accounting Standards**

Effective July 1, 2009, the Company adopted Statement of Financial Accounting Standards No. 160, *Noncontrolling Interests in Consolidated Financial Statements—an amendment of ARB No. 51* ("SFAS No. 160"). SFAS No. 160 clarifies that a noncontrolling interest in a subsidiary is an ownership interest in the consolidated entity that should be reported as equity in the consolidated financial statements. SFAS No. 160 requires disclosure, on the face of the consolidated income statements, of those amounts of consolidated net income and other comprehensive income attributable to controlling and noncontrolling interests, eliminating the past practice of reporting amounts of income attributable to noncontrolling interests as an adjustment in arriving at consolidated net income. SFAS No. 160 requires the parent to attribute to noncontrolling interests their share of losses even if such attribution results in a deficit noncontrolling interest balance within the parent's equity accounts, and in some instances, requires a parent to recognize a gain or loss in net income when a subsidiary is deconsolidated.

In connection with the Company's adoption of SFAS No.160, the Company reclassified its noncontrolling interests in certain newspaper partnerships to shareholders' deficit and changed the presentation of its statements of operations and cash flows. At June 30, 2009, the carrying amount of noncontrolling interests related to these newspaper partnerships was $197.7 million. All periods presented have been retroactively reclassified.

**NOTE 12: Restructuring and Reorganization Plan**

Over the past two years, the Company and the newspaper industry have experienced unprecedented declines in advertising revenues due to the current economic recession as well as secular declines in certain advertising categories. In response to these unprecedented revenue declines, the Company significantly reduced its operating costs to preserve its cash flows. However, despite these cost cutting efforts, the Company experienced a significant decline in its cash flows from operations, resulting in significant asset impairment charges and ultimately defaults under the Company's Bank Credit Facility and Senior Subordinated Notes. The Company has entered into forbearance agreements with the lenders under the Bank Credit Facility and the holder of the majority of both issues

of the Senior Subordinated Notes as is more fully described in Note: 10 Debt in the Company's June 30, 2009 consolidated financial statements.

Note 21: Restructuring and Reorganization Plan in the Company's June 30, 2009 consolidated financial statements describes the Company's plan of restructuring and reorganization. However, the Company has not reached a definitive agreement with either its senior lenders or Senior Subordinated Note holders; therefore, the actual reorganization and restructuring of the Company could be substantially different from the terms outlined in the plan. In addition, there are no guarantees that the Company will be able to reach a definitive agreement with its lenders regarding its reorganization and restructuring and, accordingly, continue as a going concern.

**NOTE 13: Subsequent Event**

Effective December 1, 2009, the Company sold the land and building in Valencia, California formerly used to print certain of its newspapers and received net proceeds of approximately $7.8 million. As of September 30 and June 30, 2009, the land and building were recorded in other current assets as assets held for sale. The accounting for the sale is not expected to have a material impact on the Company's financial condition or results of operations.

[THIS PAGE INTENTIONALLY LEFT BLANK]