# Plan Exhibit 1

Amended and Restated Employment Agreements
Term Sheets

[THIS PAGE INTENTIONALLY LEFT BLANK]

**Summary of Terms**

**Amended and Restated Employment Agreement by and between Affiliated Media, Inc. (the "Company") and William Dean Singleton (the "Agreement")**

The Agreement will have a term ending June 30, 2013 and will automatically renew for additional one-year terms absent notice to the contrary by either party. It will provide for a base salary of $634,000 (in addition to a base salary of $360,000 with annual 5% cost of living adjustments which he is entitled to receive under a separate employment agreement with the Denver Post Corporation) and a grant under the Equity Incentive Plan of restricted stock units covering (or restricted shares of) Class B New Common Stock representing approximately 6% of the Company's outstanding New Common Stock, and warrants to purchase shares of Class B New Common Stock representing 8% of the Company's outstanding New Common Stock. Mr. Singleton is entitled under the Agreement to those benefits that are generally made available to executive personnel of the Company and to annual payments to defray the costs of term life insurance that currently has an annual premium of approximately $50,000. Under the Agreement, Mr. Singleton will serve as Chairman of the Board of Directors and Chief Executive Officer of the Company and is eligible for an annual bonus of up to $500,000, depending on actual attainment of performance targets.

Mr. Singleton will also be subject to a noncompetition agreement that survives until one year after his employment termination.

Upon his employment termination by the Company without cause or resignation by him for good reason (as defined in the Agreement), Mr. Singleton will be entitled to his base salary and certain of his benefits for the remainder of his employment term plus one year and his annual bonus (to the extent the applicable performance criteria are attained) for the year of employment termination. Upon his employment termination due to non-renewal of the Agreement by the Company, Mr. Singleton shall be entitled to his base salary and certain of his benefits for one year.

Mr. Singleton will also be entitled to indemnification and liability insurance coverage with respect to any claims arising as a result of his duties, responsibilities or positions held with the Company.

**Summary of Terms**

**Amended and Restated Employment Agreement by and between Affiliated Media, Inc. (the "Company") and Joseph J. Lodovic, IV (the "Agreement")**

The Agreement will have a term ending June 30, 2013 and will automatically renew for additional one-year terms absent notice to the contrary by either party. It provides for a base salary of $1,006,000 and a grant under the Equity Incentive Plan of restricted stock units covering (or restricted shares of) the Company's Class B New Common Stock representing approximately 3% of the Company's outstanding New Common Stock. Mr. Lodovic will be entitled to those benefits that are generally made available to executive personnel of the Company. Mr. Lodovic will serve as President of the Company and be eligible for an annual bónus of up to $500,000, depending on actual attainment of performance targets. He will also be entitled to a special transaction and incentive bonus consisting of (i) $250,000 (which has already been earned) for the successful restructuring of The Denver Newspapers Agency LLC, (ii) an additional $250,000 (which has already been earned) for the commencement of the Solicitation on or prior to December 18, 2009 and (iii) an additional $250,000 if a Lender Class Accepted Plan (as defined in the Restructuring Support Agreement) is confirmed on or before March 31, 2010 and consummated within two weeks thereafter (or, if such conditions are not met, $125,000 if such a plan is confirmed by April 30, 2010 and consummated within two weeks thereafter), each of which is payable 50% on the Effective Date and 50% on the first anniversary of the Effective Date.

Mr. Lodovic will also be subject to a noncompetition agreement that survives until one year after his employment termination.

Upon his employment termination by the Company without cause or resignation by him for good reason (as defined in the Agreement), Mr. Lodovic shall be entitled to his base salary and certain of his benefits for the remainder of his employment term plus one year and his annual bonus (to the extent the applicable performance criteria are attained) for the year of employment termination. Upon his employment termination due to nonrenewal of the Agreement by the Company, Mr. Lodovic shall be entitled to his base salary and certain of his benefits for one year.

Mr. Lodovic will also be entitled to indemnification and liability insurance coverage with respect to any claims arising as a result of his duties, responsibilities or positions held with the Company.