# Plan Exhibit 2

Equity Incentive Plan Term Sheet

[THIS PAGE INTENTIONALLY LEFT BLANK]

## Summary of Terms

## Affiliated Media, Inc. (the "Company") 2010 Equity Incentive Plan

The Equity Incentive Plan provides for the grant, after the Effective Date, of restricted stock units, restricted shares, stock options, and stock appreciation rights and other equity-like incentives covering shares of Class B New Common Stock of the Company and representing up to 12% of the issued and outstanding shares of New Common Stock of the Company, including for such purpose the shares reserved for issuance under the Equity Incentive Plan (without giving effect to the possible exercise of any of the Subordinated Note Warrants or the Singleton Warrants). Any grants thereunder after the Effective Date (or any new equity incentive plan), and any exercise of authority or discretion under the Plan, will be subject to approval by a majority of the Class B Directors.

The initial grants shall be grants of restricted stock units (or restricted shares), with the following terms:

*Amount*
- Mr. Singleton and Mr. Lodovic, in the aggregate:        approximately 9%
- Other senior management:                                approximately 2%
- The balance is available for future senior management grants (including but not limited to new hires), subject to the approval of a majority of the Class B Directors.

*Dividend and Other Rights*
- Restricted stock units will be entitled to receive dividend equivalents, whether or not vested and will have voting rights.
- Restricted shares will, unless and until forfeited, have voting and dividend rights, whether or not vested, and recipients of any restricted shares may make an election under section 83(b) of the Tax Code in connection with their grants.

*Vesting*
- 50% of each grant shall vest in equal annual installments over a three-year period commencing on the Effective Date.
- 50% of each grant shall vest in equal annual installments over a three-year period, subject in each instance to achievement of EBITDA performance targets.
- In general, upon an employment termination without cause or resignation for good reason, the award holder shall retain any already vested RSUs (or shares), plus the vesting of any time-vested RSUs (or shares) will be accelerated, but any unvested performance-vested RSUs (or shares) shall be forfeited. However, solely in the case of Messrs. Singleton and Lodovic, (i) upon a termination without cause or resignation for good reason, if a performance target for the year of employment termination is met, he shall vest in a pro rata portion of award based on the number of days in the year of termination (and, to the extent the cumulative target is met for such year, he shall vest in the performance vested shares allocable to any prior year that had not previously vested), and (ii) good reason shall include a resignation within two months after the conversion of all of the outstanding shares of Class A New Common Stock into Class B New Common Stock.
- Upon a resignation without good reason or termination of employment for cause, all unvested RSUs (or shares) are forfeited.
- Upon a change of control of the Company or a Qualified Public Offering, in each case subject to the transaction demonstrating a benchmark level of value for the holders of the Senior Lender Common Stock Distribution, all unvested RSUs (or shares) shall vest.

*Repurchase Rights*
- Upon a termination for cause, all vested shares are subject to a call by the Company at the lesser of cost or fair market value. If an employee's termination is by reason of death, disability, termination without cause or resignation (with or without good reason), all vested shares are subject to a call by the Company at fair market value. Upon any such termination, the call notice is to be provided within 180 days of employment termination and the call consummated within 60 days after the notice is given.
- Award holders do not have a put right but are entitled to customary piggyback registration and tag-along rights.

[THIS PAGE INTENTIONALLY LEFT BLANK]