# Plan Exhibit 3

List of Guaranteeing Subsidiaries

[THIS PAGE INTENTIONALLY LEFT BLANK]

## List of Guaranteeing Subsidiaries

- ALASKA BROADCASTING COMPANY, INC., an Alaska corporation.
- CHARLESTON PUBLISHING COMPANY, a Delaware corporation.
- CONNECTICUT NEWSPAPERS PUBLISHING COMPANY, a Delaware corporation.
- THE DENVER POST CORPORATION, a Delaware corporation.
- THE DETROIT NEWS, INC., a Michigan corporation.
- EASTERN COLORADO PUBLISHING COMPANY, a Delaware corporation.
- GRAHAM NEWSPAPERS, INC., a Delaware corporation.
- KEARNS-TRIBUNE, LLC, a Delaware limited liability company.
- LADN HOLDINGS, LLC, a Delaware limited liability company.
- LONG BEACH PUBLISHING COMPANY, a Delaware corporation.
- LOS ANGELES DAILY NEWS PUBLISHING COMPANY, a Delaware corporation.
- LOWELL INTERNET MEDIA PUBLISHING COMPANY, INC., a Delaware corporation.
- LOWELL PUBLISHING COMPANY, a Delaware corporation.
- MEDIANEWS GROUP INTERACTIVE, INC., a Delaware corporation.
- NATIONAL MEDIA, INC., a California corporation.
- NEW ENGLAND INTERNET MEDIA PUBLISHING, INC., a Delaware corporation.
- NEW ENGLAND NEWSPAPERS, INC., a Delaware corporation.
- NIMITZ PAPER COMPANY, a Delaware corporation.
- NORTHWEST NEW MEXICO PUBLISHING COMPANY, a Delaware corporation.
- NORTHWEST PUBLICATIONS, LLC, a Delaware limited liability company.
- PIONEER PRESS DIGITAL, LLC, a Delaware limited liability company.
- PIONEER PRESS TARGETED PUBLICATIONS, LLC, a Delaware limited liability company.
- RATE WATCH, INC., a Delaware corporation.
- STAR PUBLISHING GROUP, INC., a Texas corporation.
- TORRANCE HOLDINGS, LLC, a Delaware limited liability company.
- TWIN CITIES NEWSPAPER SERVICE, LLC, a Minnesota limited liability company.
- UTAH MEDIA, INC., a Delaware corporation.
- VAN BUREN & COLORADO, LLC, a Texas limited liability company.
- WEST COAST MEDIANEWS LLC, a Delaware limited liability company.

[THIS PAGE INTENTIONALLY LEFT BLANK]