# Plan Exhibit 4

Incentive Bonus Agreements Term Sheet

[THIS PAGE INTENTIONALLY LEFT BLANK]

## Summary of Terms

## Incentive Bonus Agreements

Incentive Bonus Agreements provide for bonuses of $1.6 million in the aggregate to certain key employees (excluding Mr. Singleton and Mr. Lodovic) of Affiliated Media, Inc. (the "**Company**").

The purpose of the Incentive Bonus Agreements is to encourage continued performance and contributions to the Company and its subsidiaries on the part of the members of the Company's management team who are party to the Incentive Bonus Agreements.

Each Incentive Bonus Agreement stipulates the bonus amount and provides that it vests in two equal installments. The first installment vests and becomes payable on the day after the Effective Date and the second installment vests and is paid one year later. An employee must remain employed as of each payment date in order to be entitled to payment; provided, however, that any portion of the bonus that has not been paid at the time of an employment termination without cause shall vest on the termination and be paid not later than March 15th of the year following the year of termination.

The Incentive Bonus Agreements are not funded and the assets used to pay the bonuses are subject to the general claims of creditors. Nothing contained in an Incentive Bonus Agreement is intended to provide a guarantee or assurance of continued service by the participant. Certain of the Company's subsidiaries have agreed to be jointly and severally liable for the obligations under the Incentive Bonus Agreements in the event the Company is unable to pay.

[THIS PAGE INTENTIONALLY LEFT BLANK]