# Plan Exhibit 5

Intentionally Omitted

[THIS PAGE INTENTIONALLY LEFT BLANK]