# Plan Exhibit 11

Subordinated Note Warrants Term Sheet

[THIS PAGE INTENTIONALLY LEFT BLANK]

## Term Sheet for Subordinated Note Warrants

| | |
|---|---|
| **Issuer:** | Debtor |
| **Expiration Date:** | Seven years from the Effective Date. |
| **Exercise Price:** | An exercise price per share equal to the value per share representing a total equity value of Reorganized AMI equal to (x) an amount equal to the aggregate Allowed Amount of the Senior Loan Claims as specified in Section 4.2 of the Prepackaged Plan <u>minus</u> $150 million <u>divided by</u> (y) 0.88 (as adjusted, to the extent less than the full 12% of the equity ownership of Reorganized AMI reserved for issuance pursuant to the Equity Incentive Plan has been issued at the time of exercise of the warrant, to reflect the equity ownership of Reorganized AMI at such time represented by the New Common Stock issued to the Senior Lenders on the Effective Date). |
| **Amount:** | 8%[1] |
| **Exercisability:** | Each warrant will entitle the holder thereof to purchase from the Debtor one fully paid and nonassessable share of Class B New Common Stock or Class C New Common Stock (at the election of the holder) at a price equal to the Exercise Price. All or any of the warrants may be exercised prior to the Expiration Date by surrendering the related warrant certificates to the Company, accompanied by payment in full in respect of each warrant that is exercised. |
| **Anti-dilution:** | Customary adjustments for stock splits, stock dividends, mergers and stock reorganizations. |
| **Stockholders' Agreement:** | Subject to the terms and conditions of the Stockholders' Agreement, including the transfer restrictions set forth therein. |
| **Governing Law:** | State of New York. |

---

[1] Calculated based on standard market convention.

[THIS PAGE INTENTIONALLY LEFT BLANK]