THE SOLICITATION OF VOTES IN THE DISCLOSURE STATEMENT SUPPLEMENTED HEREBY (THE "SOLICITATION") IS BEING CONDUCTED TO OBTAIN ACCEPTANCES OF THE PREPACKAGED PLAN UPON THE FILING OF A VOLUNTARY REORGANIZATION CASE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE. THE DEBTOR HAS NOT COMMENCED A BANKRUPTCY CASE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE AT THIS TIME. BECAUSE A CHAPTER 11 CASE HAS NOT YET BEEN COMMENCED, THE DISCLOSURE STATEMENT AND THIS SUPPLEMENT HAVE NOT BEEN APPROVED BY THE BANKRUPTCY COURT AS CONTAINING ADEQUATE INFORMATION WITHIN THE MEANING OF SECTION 1125(a) OF THE BANKRUPTCY CODE. FOLLOWING THE COMMENCEMENT OF ITS CHAPTER 11 CASE, THE DEBTOR EXPECTS TO PROMPTLY SEEK ORDERS OF THE BANKRUPTCY COURT (i) APPROVING THE DISCLOSURE STATEMENT AND THIS SUPPLEMENT AS CONTAINING ADEQUATE INFORMATION, (ii) APPROVING THE SOLICITATION OF VOTES AS BEING IN COMPLIANCE WITH SECTIONS 1125 AND 1126(b) OF THE BANKRUPTCY CODE AND (iii) CONFIRMING THE PREPACKAGED PLAN.

THE SOLICITATION IS BEING MADE ONLY TO PERSONS WHO ARE "ACCREDITED INVESTORS" (AS DEFINED IN REGULATION D UNDER THE SECURITIES ACT OF 1933).

# FIRST SUPPLEMENT
# DATED JANUARY 6, 2010

## TO

## DISCLOSURE STATEMENT
## DATED DECEMBER 18, 2009

Solicitation of Votes on the
Prepackaged Plan of Reorganization of

# AFFILIATED MEDIA, INC.

from the holders of outstanding

Senior Loan Claims &
Subordinated Note Claims[1]
(CUSIP Numbers 58446MAE1 and 58446MAD3)

| | |
|---|---|
| HUGHES HUBBARD & REED LLP | MORRIS NICHOLS ARSHT & TUNNELL LLP |
| Co-Counsel for the Debtor | Co-Counsel for the Debtor |
| One Battery Park Plaza | 1201 North Market Street, 18th Floor |
| New York, NY 10004 | P.O. Box 1347 |
| Telephone: (212) 837-6000 | Wilmington, DE 19899 |
| | Telephone: (302) 658-9200 |

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PREPACKAGED PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JANUARY 13, 2010, UNLESS EXTENDED BY THE DEBTOR IN A NOTICE PROVIDED TO ELIGIBLE VOTERS.**

---

1. Capitalized terms not otherwise defined in this First Supplement have the meanings ascribed to them in the Prepackaged Plan and Disclosure Statement.

Affiliated Media, Inc., a Delaware corporation (the "**Debtor**" or "**AMI**"), submits this First Supplement dated January 6, 2010 (the "**First Supplement**") to the Disclosure Statement dated December 18, 2009 of Affiliated Media, Inc. (the "**Disclosure Statement**"), pursuant to section 1125 of title 11 of the United States Code, as now in effect or as hereafter amended, and rule 3017 of the Federal Rules of Bankruptcy Procedure, as now in effect or as hereafter amended, on the Prepackaged Plan of Reorganization of Affiliated Media, Inc., dated December 18, 2009 (including all Plan Exhibits, the Plan Supplements, and the attached Exhibits, the "**Prepackaged Plan**").

The following Exhibits to the Prepackaged Plan are amended as follows:

1. **Amended Plan Exhibit 1**:  Plan Exhibit 1 (Amended and Restated Employment Agreements Term Sheets) is amended to add Schedule 1 in the form attached hereto to each Summary of Terms document included therein.

2. **Amended Plan Exhibit 2**:  Plan Exhibit 2 (Equity Incentive Plan Term Sheet) is amended to add Schedule 1 in the form attached hereto.

3. **Amended Plan Exhibit 6**:  Schedule A to Plan Exhibit 6 (New Senior Credit Facility Term Sheet) is amended and restated in its entirety to read in full as attached hereto.

4. **Amended Plan Exhibit 11**:  Footnote 1 to Plan Exhibit 11 (Subordinated Note Warrants Term Sheet) is amended and restated in its entirety to read in full as attached hereto.

FOR A COMPLETE UNDERSTANDING OF THE PREPACKAGED PLAN, YOU SHOULD READ THE DISCLOSURE STATEMENT, THE PREPACKAGED PLAN, THE EXHIBITS THERETO, AND THIS FIRST SUPPLEMENT IN THEIR ENTIRETY.

If you have any questions about (a) the procedure for voting on your Class 2 or 5 Claim, (b) the package of materials that you have received or (c) the amount of your Claim, or if you wish to obtain an additional copy of the Prepackaged Plan, the Disclosure Statement, this First Supplement, or any exhibits to such documents, please contact the Voting Agent at:

> Epiq Bankruptcy Solutions, LLC
> Phone:  (646) 282-1800
> E-mail: FBG@epiqsystems.com

# Schedule 1 to Plan Exhibit 1

Amended and Restated Employment Agreements
Term Sheets

## SCHEDULE 1

**Amended and Restated Employment Agreement by and between the Company and William Dean Singleton**

**Amended and Restated Employment Agreement by and between the Company and Joseph J. Lodovic, IV**

Each of Mr. Singleton and Mr. Lodovic is entitled to an annual bonus under his particular employment agreement, subject to achievement of annual EBITDA[1] performance targets as follows:

EBITDA ($ in millions)

| Percentage of Target Bonus Earned | Fiscal Year ending 6/30/11 | Fiscal Year ending 6/30/12 | Fiscal Year ending 6/30/13 |
|---|---|---|---|
| 50% bonus ($250,000) | $38.3 | $41.2 | $47.8 |
| 100% bonus ($500,000) | $42.1 | $45.3 | $52.6 |

---

1. EBITDA, for purposes of measuring the Company's annual performance against the targets set forth in the Amended and Restated Employment Agreements between the Company and each of William Dean Singleton and Joseph J. Lodovic, IV, means "Consolidated EBITDA" as defined in the Credit Agreement dated as of the Effective Date among the Company, as borrower, Bank of America, N.A. as administrative agent and collateral agent and the various lenders from time to time party thereto, which amount shall be reported in the Company's annual compliance certificate to be delivered to the administrative agent in connection therewith.

# Schedule 1 to Plan Exhibit 2

Equity Incentive Plan Term Sheet

## SCHEDULE 1

**Affiliated Media, Inc. (the "Company") 2010 Equity Incentive Plan ("Equity Plan")**

50% of RSUs initially granted under the Equity Plan will vest upon achievement of EBITDA[1] performance targets ("**Performance RSUs**") on an annual or cumulative basis as follows:

| Vesting Date | Percentage of Performance RSUs Vesting | Annual EBITDA Target (in millions) |
|---|---|---|
| 6/30/11 | One-sixth | $38.3 |
| | Two-sixths | $42.1 |
| 6/30/12 | One-sixth | $41.2 |
| | Two-sixths | $45.3 |
| 6/30/13 | One-sixth | $47.8 |
| | Two-sixths | $52.6 |

---

1. EBITDA, for purposes of measuring the Company's annual performance against the targets set forth in the award agreements under the Equity Plan, means "Consolidated EBITDA" as defined in the Credit Agreement dated as of the Effective Date among the Company, as borrower, Bank of America, N.A. as administrative agent and collateral agent and the various lenders from time to time party thereto, which amount shall be reported in the Company's annual compliance certificate to be delivered to the administrative agent in connection therewith.

# Schedule A to Plan Exhibit 6

New Senior Credit Facility Term Sheet

## SCHEDULE A
## FINANCIAL COVENANT LEVELS

| Quarter Ending | Maximum Consolidated Leverage Ratio | Minimum Consolidated Fixed Charge Coverage Ratio |
|---|---|---|
| June 30, 2010 | 5.125x | 1.70x |
| September 30, 2010 | 5.125x | 1.40x |
| December 31, 2010 | 5.125x | 1.20x |
| March 31, 2011 | 5.125x | 1.20x |
| June 30, 2011 | 5.125x | 1.10x |
| September 30, 2011 | 5.00x | 1.10x |
| December 31, 2011 | 4.75x | 1.10x |
| March 31, 2012 | 4.75x | 1.05x |
| June 30, 2012 | 4.625x | 1.05x |
| September 30, 2012 | 4.375x | 1.05x |
| December 31, 2012 | 4.125x | 1.05x |
| March 31, 2013 | 4.00x | 1.05x |
| June 30, 2013 | 3.75x | 1.05x |
| September 30, 2013 | 3.50x | 1.10x |
| December 31, 2013 | 3.50x | 1.10x |

# Footnote 1 to Plan Exhibit 11

Subordinated Note Warrants Term Sheet

"1.     Calculated after giving effect to the issuance of (i) the total number of shares of Class B New Common Stock and Class C New Common Stock to be issued to the Senior Lenders on the Effective Date and (ii) the full 12% of the equity ownership of Reorganized AMI reserved for issuance pursuant to the Equity Incentive Plan, but before giving effect to any exercise of the Singleton Warrants."