IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

*In re*

AFFILIATED MEDIA, INC.,[1]

Debtor.

Chapter 11

Case No. 10-10202 (KJC)

## MOTION AND ORDER FOR ADMISSION OF ERIC J. FROMME, PRO HAC VICE, PURSUANT TO DEL. BANKR. L.R. 9010-1

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and the attached certification, counsel hereby moves for the admission *pro hac vice* of Eric J. Fromme of the law firm of Hughes Hubbard & Reed LLP to represent Affiliated Media, Inc., the Debtor in the above-captioned chapter 11 case.

Dated: January 25, 2010
      Wilmington, Delaware

Derek C. Abbott (Bar No. 3376)
Daniel B. Butz (Bar No. 4227)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Proposed Counsel for the Debtor*

---

1. The last four digits of the Debtor's federal tax identification number are 5553. The Debtor's mailing address and corporate headquarters is 101 W. Colfax Avenue, Suite 1100, Denver, CO 80202.

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and I am admitted to practice and in good standing of the Bars of the State of California and the District of Columbia and the following courts: United States District Courts for the Southern, Central, Northern, and Eastern Districts of California, United States District Court for the Southern District of Texas, United States Court of Appeals for the Fifth and Ninth Circuits and the United States Supreme Court. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action and certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Fund effective as of January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 22, 2010
       Wilmington, Delaware

Eric J. Fromme
HUGHES HUBBARD & REED LLP
A New York Limited Liability Partnership
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____, 2010

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE