IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>**AFFILIATED MEDIA, INC.,**[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 10-10202 (KJC) |

**THIRD PLAN SUPPLEMENT
DATED MARCH 2, 2010**

**TO**

**PREPACKAGED PLAN OF REORGANIZATION
DATED JANUARY 22, 2010 OF**

# AFFILIATED MEDIA, INC.

| | |
|---|---|
| HUGHES HUBBARD & REED LLP<br>Proposed Co-Counsel for the Debtor<br>One Battery Park Plaza<br>New York, NY 10004<br>Telephone: (212) 837-6000 | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>Proposed Co-Counsel for the Debtor<br>1201 North Market Street, 18th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Telephone: (302) 658-9200 |

---

[1]. The last four digits of the Debtor's federal tax identification number are 5553. The Debtor's mailing address and corporate headquarters is 101 W. Colfax Avenue, Suite 1100, Denver, CO 80202.

60954359_1.DOC

Affiliated Media, Inc., a Delaware corporation (the "**Debtor**" or "**AMI**"), submits this Plan Supplement dated March 2, 2010 (the "**Third Plan Supplement**") to the Prepackaged Plan dated December 18, 2009 of Affiliated Media, Inc. (including all exhibits thereto and as amended and supplemented, the "**Prepackaged Plan**").[2]

FOR A COMPLETE UNDERSTANDING OF THE PREPACKAGED PLAN, YOU SHOULD READ THE DISCLOSURE STATEMENT, THE PREPACKAGED PLAN, THE EXHIBITS AND PREVIOUS SUPPLEMENTS THERETO, AND THIS THIRD PLAN SUPPLEMENT IN THEIR ENTIRETY.

The following individuals are presently proposed to serve as initial members of the Board of Directors of the Reorganized Debtor:[3]

**Class A Directors**

**William Dean Singleton** has served as Chief Executive Officer and as a Director of the Debtor since its inception in 1985, and more recently was elected as Chairman of the Board of Directors of the Debtor in November 2009 after having served as Vice Chairman since the Debtor's inception. He is also the Publisher of *The Denver Post* and *The Salt Lake Tribune*. Mr. Singleton began his newspaper career at the age of 15 as a part-time reporter in his hometown of Graham, Texas and bought his first newspaper at age 21. He served on the board of the Newspaper Association of America from 1993 until 2004 and is the former Chairman. Currently, Mr. Singleton is also Chairman of the Board of Directors of the Associated Press.

**Joseph J. Lodovic, IV** has served as President of the Debtor since February 2001 and was elected to the Board of Directors in November 2009. He formerly served as Executive Vice President and Chief Financial Officer from 1993 to February 2001. Mr. Lodovic joined the Debtor in 1987. He began his career in public accounting with Ernst & Whinney (now Ernst & Young), working with a variety of audit clients, ranging from small private companies to large public companies.

**Howell E. Begle, Jr.** has served as a Director of the Debtor since November 1996, and serves as the assistant secretary and general counsel to the Debtor. Mr. Begle was formerly of counsel to Hughes Hubbard & Reed LLP. Mr. Begle received his Juris Doctor from the University of Michigan Law School.

**John M. Huntsman** is the founder and Chairman of Huntsman Corporation, a global manufacturer and marketer of specialty chemicals. Mr. Huntsman earne

---

[2] Capitalized terms not otherwise defined in this Third Plan Supplement have the meanings ascribed to them in the Prepackaged Plan and Disclosure Statement of Affiliated Media, Inc., dated December 18, 2009.

[3] One additional Class B Director shall be designated by the Senior Lender Steering Committee.

d his undergraduate degree at The Wharton School of Business at the University of Pennsylvania, and subsequently earned an MBA from the University of Southern California. Mr. Huntsman has also been awarded thirteen honorary doctorate degrees at various universities.

**Class B Directors**

**Joseph J. Euteneuer** is the Executive Vice President and Chief Financial Officer of Qwest Communications International, Inc. Mr. Euteneuer is a certified public accountant and received his undergraduate degree at Arizona State University.

**Michael Sileck** is the former Chief Operating Officer of World Wrestling Entertainment, Inc. Mr. Sileck is currently on the board of directors of Geeknet, Inc., Switch & Data Facilities Company, Inc. and Unifi, Inc. Mr. Sileck earned his undergraduate degree at Wayne State University and subsequently earned an MBA at Oklahoma City University.

The officers of the Reorganized Debtor will be the following individuals:

| | |
|---|---|
| William Dean Singleton | Chief Executive Officer |
| Joseph J. Lodovic | President |
| Mark J. Winkler | Executive Vice President, Chief Marketing and Sales Officer |
| Stephen M. Hesse | Senior Vice President of Circulation |
| Anthony F. Tierno | Senior Vice President of Operations |
| Ronald A. Mayo | Vice President, Chief Financial Officer |
| James L. McDougald | Treasurer |
| Elizabeth A. Gaier | Senior Vice President of New Business Development |
| David J. Butler | Vice President of News |
| David M. Bessen | Vice President and Chief Information Officer |
| Steven M. Barkmeier | Vice President of Tax |
| Michael J. Koren | Vice President and Controller |
| Linda Bradford | Vice President of Shared Services |
| Peter Vandervanter | Vice President of Targeted Services |
| Charles M. Kamen | Vice President of Human Resources |
| Michael R. Petrak | Vice President of Sales |
| Patricia Robinson | Secretary |
| Howell E. Begle, Jr. | Assistant Secretary and General Counsel |