# EXHIBIT C

Expenses

# REVISED INVOICE

**Invoice**   0310 DLR MWG1

**Date**   30 March 2010

**※R ROTHSCHILD**

Affiliated Media, Inc.
101 W. Colfax Avenue
Suite 100
Denver, Colorado 80202

**For the attention of:**   Joseph J. Lodovic, IV, President

| | |
|---|---:|
| MNG Completion fee: | $4,000,000.00 |
| Monthly advisory fee: January 22, 2010 – January 31, 2010 | 56,451.61 |
| Monthly advisory fee: February 1, 2010 – February 28, 2010 | 175,000.00 |
| Monthly advisory fee: March 1, 2010 – March 19, 2010 | 107,258.06 |
| Out-of-pocket expenses: | 8,315.03 |
| Expense estimate: | 17,000.00 |
| **Gross Total Due** | **$4,364,024.70** |
| Less previously paid fee: January 22, 2010 – January 31, 2010 | (56,451.61) |
| **Net Total Due** | **$4,307,573.09** |

The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statement will be billed subsequently.

Please transfer funds to:

| JP Morgan Chase Address | Account Name: | Rothschild Inc. |
|---|---|---|
| 500 Stanton Christiana Road | Account Number: | 0 045 42 212 |
| Newark, DE  19713 | ABA: | 021000021 |

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501

# Affiliated Media, Inc.

## Summary of Out-of-Pocket Expenses

**Mar-10**

| | |
|---|---:|
| Travel | - |
| Ground Transportation/Taxis | - |
| Hotel | - |
| Legal Fees | 1,835.58 |
| Miscellaneous | - |
| Meals | 26.39 |
| Word Processing | - |
| Copies | - |
| Research/Database | - |
| Telephone/Communications | - |
| Courier Services | - |
| **Total** | **$1,861.97** |

## Affiliated Media, Inc.

## Legal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/12/10 | Debevoise & Plimpton (2/1 - 1/28/10) | New York, NY | $1,835.58 | Vendor | Various |
| **Total** | | | $1,835.58 | | |

# Affiliated Media, Inc.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/02/10 | Working dinner | New York, NY | $26.13 | Vendor | M. Chou |
| 03/04/10 | Working dinner | New York, NY | $0.26 | Vendor | S. Li |
| **Total** | | | $26.39 | | |

# Affiliated Media, Inc.

## Summary of Out-of-Pocket Expenses

### Feb-10

| | |
|---|---:|
| Travel | - |
| Ground Transportation/Taxis | 39.53 |
| Hotel | - |
| Legal Fees | 2,490.77 |
| Miscellaneous | - |
| Meals | 39.84 |
| Word Processing | 43.75 |
| Copies | - |
| Research/Database | 33.06 |
| Telephone/Communications | - |
| Courier Services | - |
| **Total** | **$2,646.95** |

## Affiliated Media, Inc.

### Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/03/10 | From office to home | New York, NY | $9.90 | Vendor | S. Li |
| 02/05/10 | From office to home | New York, NY | $7.08 | Vendor | S. Li |
| 02/07/10 | From office to home (wknd) | New York, NY | $8.75 | Vendor | S. Li |
| 02/07/10 | From home to office (wknd) | New York, NY | $13.80 | Vendor | S. Li |

Total $39.53

## Affiliated Media, Inc.

## Legal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/24/10 | Debevoise & Plimpton (1/22 - 1/31/10) | New York, NY | $2,490.77 | Vendor | Various |
| **Total** | | | $2,490.77 | | |

# Affiliated Media, Inc.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/22/10 | Working dinner | New York, NY | $25.27 | Vendor | M. Chou |
| 02/25/10 | Working dinner | New York, NY | $14.57 | Vendor | M. Longenecker |
| Total | | | $39.84 | | |

# Affiliated Media, Inc.

## Word Processing Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/18/10 | Word processing charge | New York, NY | $43.75 | Vendor | M. Chou |

**Total**      $43.75

## Affiliated Media, Inc.

### Research/Database Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/01/10 | Cap IQ | New York, NY | $25.23 | Vendor | M. Chou |
| 02/01/10 | Reuters | New York, NY | $7.83 | Vendor | M. Chou |
| **Total** | | | $33.06 | | |

# Affiliated Media, Inc.

## Summary of Out-of-Pocket Expenses

### Jan-10

| | |
|---|---:|
| Travel | 640.00 |
| Ground Transportation/Taxis | 231.28 |
| Hotel | - |
| Legal Fees | - |
| Miscellaneous | 25.44 |
| Meals | 229.18 |
| Word Processing | 2,182.21 |
| Copies | 448.00 |
| Research/Database | 50.00 |
| Telephone/Communications | - |
| Courier Services | - |
| **Total** | **$3,806.11** |

# Affiliated Media, Inc.

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/26/10 | NY/Wilmington/NY - rail | New York, NY | $223.00 | Vendor | M. Chou |
| 01/26/10 | Ticket change fee - Amtrak | New York, NY | $97.00 | Vendor | M. Chou |
| 01/26/10 | NY/Wilmington/NY - rail | New York, NY | $223.00 | Vendor | D. Gilligan |
| 01/26/10 | Ticket change fee - Amtrak | New York, NY | $97.00 | Vendor | D. Gilligan |
| Total | | | $640.00 | | |

## Affiliated Media, Inc.

### Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/23/10 | From office to home (wknd) | New York, NY | $9.00 | Vendor | M. Chou |
| 01/25/10 | From office to home | New York, NY | $10.00 | Vendor | M. Chou |
| 01/26/10 | From office to home | New York, NY | $70.41 | Vendor | M. Marchione |
| 01/26/10 | From office to home | New York, NY | $69.30 | Vendor | C. Juon |
| 01/27/10 | From office to home | New York, NY | $10.00 | Vendor | M. Chou |
| 01/28/10 | Package delivery to DR | New York, NY | $54.06 | Vendor | M. Chou |
| 01/31/10 | From office to home (wknd) | New York, NY | $8.51 | Vendor | S. Li |

Total $231.28

# Affiliated Media, Inc.

## Miscellaneous Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/27/10 | Presentation material | New York, NY | $12.40 | Vendor | M. Chou |
| 01/27/10 | Presentation material | New York, NY | $13.04 | Vendor | M. Chou |
| Total | | | $25.44 | | |

# Affiliated Media, Inc.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/22/10 | Working dinner | New York, NY | $25.00 | Vendor | M. Longenecker |
| 01/23/10 | Working dinner (wknd) | New York, NY | $25.31 | Vendor | S. Li |
| 01/25/10 | Working dinner | New York, NY | $25.98 | Vendor | M. Chou |
| 01/26/10 | Traveling meal (lunch) | Wilmington, DE | $19.22 | Vendor | M. Chou |
| 01/27/10 | Bfast meeting | New York, NY | $107.54 | Vendor | DR, J. Lodovic, W. Singleton, R. Eisenberg |
| 01/27/10 | Working dinner | New York, NY | $26.13 | Vendor | M. Longenecker |
| Total | | | $229.18 | | |

# Affiliated Media, Inc.

## Word Processing Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/22/10 | Word processing charge | New York, NY | $281.25 | Vendor | M. Longenecker |
| 01/25/10 | Word processing charge | New York, NY | $1,095.48 | Vendor | S. Li |
| 01/25/10 | Word processing charge | New York, NY | $56.25 | Vendor | M. Longenecker |
| 01/25/09 | Word processing charge | New York, NY | $408.33 | Vendor | M. Chou |
| 01/25/10 | Word processing charge | New York, NY | $185.08 | Vendor | S. Li |
| 01/27/10 | Word processing charge | New York, NY | $84.16 | Vendor | M. Chou |
| 01/27/10 | Word processing charge | New York, NY | $71.66 | Vendor | M. Chou |
| Total | | | $2,182.21 | | |

# Affiliated Media, Inc.

## Copy Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/27/10 | Black, white & color copies | New York, NY | $216.00 | $0.10/pge & $1.00/pge | M. Chou |
| 01/27/10 | Black, white & color copies | New York, NY | $232.00 | $0.10/pge & $1.00/pge | M. Chou |
| Total | | | $448.00 | | |

## Affiliated Media, Inc.

## Research/Database Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/25/10 | Research material | New York, NY | $50.00 | Vendor | M. Chou |
| Total | | | $50.00 | | |