# EXHIBIT D

## Time Records

Summary of hours worked:

| Professional | Job Description | Title | Hours worked from January 22, 2010 - March 19, 2010 |
|---|---|---|---:|
| David Resnick | Investment Banker | Managing Director | 28.0 |
| Daniel Gilligan | Investment Banker | Managing Director | 49.5 |
| Matthew Chou | Investment Banker | Associate | 108.0 |
| Sonya Li | Investment Banker | Analyst | 69.0 |
| Mark Longenecker | Investment Banker | Analyst | 53.5 |
| Total | | | 308.0 |

## Detail of hours worked – Resnick

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Resnick | 1/25/2010 | 0.50 | Court Hearings/Filings | Call with J. Modlin of HHR on First Day Motions |
| Resnick | 1/26/2010 | 1.00 | Strategic Alternatives | Work on analysis for meeting with hedge fund investors |
| Resnick | 1/26/2010 | 0.50 | Strategic Alternatives | Call with hedge fund to discuss agenda for management meeting |
| Resnick | 1/28/2010 | 1.00 | Strategic Alternatives | Review and comment on materials for hedge fund meetings |
| Resnick | 1/29/2010 | 1.50 | Strategic Alternatives | Meeting with J. Lodovic, D. Singleton and investors in potential partnership |
| Resnick | 2/17/2010 | 0.50 | Court Hearings/Filings | Call with J. Modlin of HHR on confirmation process |
| Resnick | 2/18/2010 | 1.00 | Debtor Advisor Planning | Call with J. Lodovic on new directors selection process and debt trading |
| Resnick | 2/19/2010 | 1.00 | Strategic Alternatives | Call with J. Lodovic on debt trading and new holders |
| Resnick | 2/19/2010 | 1.00 | Debtor Advisor Planning | Analyze information on debt trading |
| Resnick | 2/22/2010 | 1.00 | Strategic Alternatives | Call with hedge fund investor regarding consolidation opportunities |
| Resnick | 2/22/2010 | 1.00 | Court Hearings/Filings | Review Rothschild declaration for plan confirmation |
| Resnick | 2/22/2010 | 1.00 | Strategic Alternatives | Call with J. Lodovic on debt trading & plan confirmation |
| Resnick | 2/24/2010 | 1.00 | Strategic Alternatives | Call with D. Singleton on acquisition opportunities |
| Resnick | 2/25/2010 | 1.00 | Strategic Alternatives | Review analysis on possible consolidation alternatives |
| Resnick | 2/25/2010 | 1.00 | Strategic Alternatives | Revise consolidation analysis and draft email to J. Lodovic |
| Resnick | 2/26/2010 | 1.00 | Strategic Alternatives | Call with D. Singleton on consolidation analysis |
| Resnick | 2/28/2010 | 0.50 | Court Hearings/Filings | Draft email for J. Modlin of HHR on plan confirmation issue |
| Resnick | 3/2/2010 | 1.00 | Court Hearings/Filings | Call with HHR on confirmation issues |
| Resnick | 3/4/2010 | 1.00 | Strategic Alternatives | Call with hedge fund investor regarding consolidation opportunities |
| Resnick | 3/8/2010 | 3.00 | Strategic Alternatives | Work on analysis for consolidation opportunities |
| Resnick | 3/9/2010 | 2.00 | Debtor Advisor Planning | Call with HHR on plan consummation issues |
| Resnick | 3/10/2010 | 1.00 | Strategic Alternatives | Review presentation on consolidation opportunities |
| Resnick | 3/15/2010 | 1.00 | Debtor Advisor Planning | Call with Debevoise regarding plan consummation issues |
| Resnick | 3/16/2010 | 1.00 | Strategic Alternatives | Call with J. Lodovic on consolidation opportunities and new shareholder questions |
| Resnick | 3/16/2010 | 1.00 | Debtor Advisor Planning | Call with J. Lodovic regarding meeting with new shareholders |
| Resnick | 3/18/2010 | 0.50 | Debtor Advisor Planning | Call with HHR on plan consummation issues |
| Resnick | 3/18/2010 | 1.00 | Debtor Advisor Planning | Call with new shareholder to answer questions on plan of reorganization |
| | | 28.00 | | |

# Detail of hours worked - Gilligan

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Gilligan | 1/23/2010 | 1.00 | Financial Analysis/Modeling | Prepared analysis of market capitalization of comparable companies for D. Singleton; discussed analysis with D. Singleton. |
| Gilligan | 1/24/2010 | 1.50 | General Presentation Preparation | Review and comment on presentation for J.Lodovic meetings in NY |
| Gilligan | 1/25/2010 | 2.50 | General Presentation Preparation | Review and comment on presentation for J.Lodovic meetings in NY |
| Gilligan | 1/26/2010 | 4.00 | Travel Time | Travel to/from Delaware/New York to attend First Day Hearing |
| Gilligan | 1/26/2010 | 1.00 | Court Hearings/Filings | Attend First Day Hearing |
| Gilligan | 1/26/2010 | 0.50 | Court Hearings/Filings | Preparation of retention application. |
| Gilligan | 1/27/2010 | 1.00 | General Presentation Preparation | Preparation for meeting with existing lender |
| Gilligan | 1/28/2010 | 1.50 | Bank Group - Calls/Meetings/Discussions | Meeting with existing lender |
| Gilligan | 1/28/2010 | 1.00 | Case Administration | Preparation of retention application. |
| Gilligan | 1/28/2010 | 0.50 | Case Administration | Call with E. Fromme at HHR on retention application status |
| Gilligan | 1/29/2010 | 1.00 | Strategic Alternatives | Meeting with potential strategic partner |
| Gilligan | 2/18/2010 | 1.00 | Board - Calls/Meetings/Discussions | Review of presentation for new director candidates |
| Gilligan | 2/19/2010 | 1.50 | Board - Calls/Meetings/Discussions | Review of presentation for new director candidates |
| Gilligan | 2/20/2010 | 0.50 | Board - Calls/Meetings/Discussions | Review of presentation for new director candidates |
| Gilligan | 2/22/2010 | 0.50 | Financial Analysis/Modeling | Review of updated lender list |
| Gilligan | 2/23/2010 | 2.00 | Strategic Alternatives | Analyze strategic opportunities with interested party |
| Gilligan | 2/23/2010 | 1.50 | Court Hearings/Filings | Review Rothschild declaration |
| Gilligan | 2/24/2010 | 1.00 | Strategic Alternatives | Analyze strategic opportunities with interested party |
| Gilligan | 2/24/2010 | 1.00 | Strategic Alternatives | Review strategic alternative profile |
| Gilligan | 2/24/2010 | 0.50 | Court Hearings/Filings | Call with E. Fromme at HHR to discuss Rothschild declaration |
| Gilligan | 3/2/2010 | 1.00 | Internal Meetings/Calls | Internal meeting on strategic alternatives for AMI |
| Gilligan | 3/2/2010 | 1.00 | Internal Meetings/Calls | Internal meeting on strategic alternatives for AMI |
| Gilligan | 3/2/2010 | 2.00 | Strategic Alternatives | Analyze strategic opportunities for AMI |
| Gilligan | 3/3/2010 | 3.00 | Court Hearings/Filings | Confirmation Hearing preparation |
| Gilligan | 3/3/2010 | 2.00 | Travel Time | Travel to Wilmington, DE for Confirmation Hearing |
| Gilligan | 3/4/2010 | 1.00 | Court Hearings/Filings | Attend Confirmation Hearing |
| Gilligan | 3/4/2010 | 2.00 | Travel Time | Travel from Wilmington, DE for Confirmation Hearing |
| Gilligan | 3/4/2010 | 1.50 | Strategic Alternatives | Analyze strategic opportunities for AMI |
| Gilligan | 3/8/2010 | 1.00 | Strategic Alternatives | Analyze strategic opportunities for AMI |
| Gilligan | 3/10/2010 | 3.00 | Strategic Alternatives | Analyze strategic opportunities for AMI |
| Gilligan | 3/11/2010 | 3.00 | Strategic Alternatives | Analyze strategic opportunities for AMI |
| Gilligan | 3/12/2010 | 0.50 | Internal Meetings/Calls | Internal meeting on strategic alternatives for AMI |
| Gilligan | 3/12/2010 | 1.00 | Financial Analysis/Modeling | Analyze strategic opportunities for AMI |
| Gilligan | 3/14/2010 | 0.50 | Financial Analysis/Modeling | Analyze strategic opportunities for AMI |
| Gilligan | 3/15/2010 | 1.00 | Financial Analysis/Modeling | Analyze strategic opportunities for AMI |
| Gilligan | 3/18/2010 | 1.00 | Case Administration | Update time records |
| | | 49.50 | | |

# Detail of hours worked – Chou

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Chou | 1/22/2010 | 2.00 | General Presentation Preparation | Draft presentation for J. Lodovic meetings in NY next week |
| Chou | 1/24/2010 | 1.50 | General Presentation Preparation | Draft presentation for J. Lodovic meetings in NY next week |
| Chou | 1/25/2010 | 4.00 | General Presentation Preparation | Draft presentation for J. Lodovic meetings in NY next week |
| Chou | 1/25/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Call with B. Brackle at FTI on Lender question |
| Chou | 1/26/2010 | 1.00 | General Presentation Preparation | Draft presentation for J. Lodovic meetings in NY next week |
| Chou | 1/26/2010 | 1.00 | Financial Due Diligence | Reformat financial model for Company to use |
| Chou | 1/26/2010 | 4.00 | Travel Time | Travel to/from Wilmington, DE for First Day Hearing |
| Chou | 1/26/2010 | 1.00 | Court Hearings/Filings | First Day Hearing |
| Chou | 1/27/2010 | 2.00 | General Presentation Preparation | Draft presentations for J. Lodovic meetings in NY next week |
| Chou | 1/27/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Research FTI due diligence request |
| Chou | 1/28/2010 | 1.00 | Case Administration | Review Rothschild retention application draft |
| Chou | 1/28/2010 | 0.50 | Case Administration | Call with E. Fromme at HHR on retention application status |
| Chou | 1/29/2010 | 1.00 | Case Administration | Review Rothschild retention application draft |
| Chou | 1/29/2010 | 0.50 | Case Administration | Update time records |
| Chou | 2/2/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Chou | 2/9/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Chou | 2/11/2010 | 0.50 | Case Administration | E-mails with E. Fromme on fee application process |
| Chou | 2/12/2010 | 0.50 | Case Administration | Call with E. Fromme and K. Coleman at HHR on due diligence question |
| Chou | 2/16/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Chou | 2/18/2010 | 2.00 | Board - Calls/Meetings/Discussions | Prepare and format presentation for new director candidates |
| Chou | 2/19/2010 | 3.00 | Board - Calls/Meetings/Discussions | Prepare and format presentation for new director candidates |
| Chou | 2/20/2010 | 4.00 | Board - Calls/Meetings/Discussions | Prepare and format presentation for new director candidates |
| Chou | 2/20/2010 | 3.00 | Financial Analysis/Modeling | Update Lender List |
| Chou | 2/22/2010 | 0.50 | Strategic Alternatives | Call with interested party on strategic opportunities |
| Chou | 2/22/2010 | 2.00 | Financial Analysis/Modeling | Update Lender List |
| Chou | 2/22/2010 | 2.00 | Board - Calls/Meetings/Discussions | Prepare and format presentation for new director candidates |
| Chou | 2/22/2010 | 0.50 | Board - Calls/Meetings/Discussions | Calls with R. Mayo and J. McDougald on Board book and Lender List updates |
| Chou | 2/22/2010 | 1.00 | Financial Analysis/Modeling | Update Lender List |
| Chou | 2/22/2010 | 1.00 | Strategic Alternatives | Analyze strategic opportunities with interested party |
| Chou | 2/22/2010 | 1.00 | Court Hearings/Filings | Review Rothschild declaration |
| Chou | 2/23/2010 | 2.00 | Strategic Alternatives | Analyze strategic opportunities with interested party |
| Chou | 2/23/2010 | 2.00 | Court Hearings/Filings | Review Rothschild declaration |
| Chou | 2/23/2010 | 0.50 | Court Hearings/Filings | Call with D. Alexander at Debevoise to discuss Rothschild declaration |
| Chou | 2/24/2010 | 1.00 | Board - Calls/Meetings/Discussions | Prepare and format presentation for new director candidates |
| Chou | 2/24/2010 | 0.50 | Financial Analysis/Modeling | Update Lender List |
| Chou | 2/24/2010 | 1.00 | Strategic Alternatives | Analyze strategic opportunities with interested party |
| Chou | 2/24/2010 | 2.00 | Strategic Alternatives | Develop strategic alternative profile |
| Chou | 2/24/2010 | 0.50 | Court Hearings/Filings | Call with E. Fromme at HHR to discuss Rothschild declaration |
| Chou | 2/24/2010 | 0.50 | Case Administration | Update time records |
| Chou | 2/24/2010 | 1.00 | Financial Due Diligence | Provide HHR with historical loan prices |
| Chou | 2/25/2010 | 1.00 | Financial Due Diligence | Call with HHR and Markit for historical loan pricing information |
| Chou | 2/26/2010 | 0.50 | Financial Due Diligence | Provide HHR with historical bond prices |
| Chou | 2/28/2010 | 1.00 | Financial Analysis/Modeling | Warrant analysis for FTI |
| Chou | 3/1/2010 | 3.00 | Financial Analysis/Modeling | Warrant analysis for FTI |
| Chou | 3/1/2010 | 1.00 | Financial Analysis/Modeling | Calls and e-mails with B. Brackle on FTI warrant analysis |
| Chou | 3/1/2010 | 0.50 | Financial Analysis/Modeling | E-mails with HHR on warrants |
| Chou | 3/1/2010 | 0.50 | Financial Due Diligence | E-mails with B. Brackle at FTI and AMI management on FTI due diligence questions |
| Chou | 3/2/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Chou | 3/2/2010 | 1.00 | Internal Meetings/Calls | Internal meeting on strategic alternatives for AMI |
| Chou | 3/2/2010 | 5.00 | Financial Analysis/Modeling | Analyze strategic opportunities for AMI |
| Chou | 3/2/2010 | 2.00 | Case Administration | Review disclosure statement and other materials |
| Chou | 3/3/2010 | 2.00 | Travel Time | Travel to Wilmington, DE for Confirmation Hearing |
| Chou | 3/3/2010 | 3.00 | Court Hearings/Filings | Confirmation Hearing preparation |
| Chou | 3/3/2010 | 0.50 | Financial Due Diligence | Calls and e-mails with B. Brackle on FTI data request |
| Chou | 3/3/2010 | 2.00 | Financial Analysis/Modeling | Analyze strategic opportunities for AMI |
| Chou | 3/4/2010 | 2.00 | Travel Time | Travel from Wilmington, DE for Confirmation Hearing |
| Chou | 3/4/2010 | 1.00 | Court Hearings/Filings | Confirmation Hearing |
| Chou | 3/4/2010 | 0.50 | Financial Due Diligence | Calls and e-mails with B. Brackle on FTI data request |
| Chou | 3/4/2010 | 4.00 | Financial Analysis/Modeling | Analyze strategic opportunities for AMI |
| Chou | 3/5/2010 | 1.00 | Case Administration | Internal case administrative activities |
| Chou | 3/8/2010 | 0.50 | Case Administration | Update time records |
| Chou | 3/8/2010 | 3.00 | Financial Analysis/Modeling | Analyze strategic opportunities for AMI |
| Chou | 3/9/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Chou | 3/9/2010 | 0.50 | Board - Calls/Meetings/Discussions | Edits to AMI new director presentation |
| Chou | 3/10/2010 | 0.50 | Board - Calls/Meetings/Discussions | Edits to AMI new director presentation |
| Chou | 3/10/2010 | 3.00 | Financial Analysis/Modeling | Analyze strategic opportunities for AMI |
| Chou | 3/11/2010 | 3.00 | Financial Analysis/Modeling | Analyze strategic opportunities for AMI |
| Chou | 3/12/2010 | 0.50 | Debtor Advisor Planning | Call with KPMG on fresh start accounting due diligence |
| Chou | 3/12/2010 | 0.50 | Internal Meetings/Calls | Internal meeting on strategic alternatives for AMI |
| Chou | 3/12/2010 | 3.00 | Financial Analysis/Modeling | Analyze strategic opportunities for AMI |
| Chou | 3/14/2010 | 1.00 | Financial Analysis/Modeling | Analyze strategic opportunities for AMI |
| Chou | 3/15/2010 | 2.00 | Financial Analysis/Modeling | Analyze strategic opportunities for AMI |
| Chou | 3/16/2010 | 0.50 | Case Administration | Internal case administrative activities |
| Chou | 3/16/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Chou | 3/17/2010 | 1.00 | Case Administration | Internal case administrative activities |
| Chou | 3/18/2010 | 1.00 | Case Administration | Internal case administrative activities |
| Chou | 3/19/2010 | 1.00 | Case Administration | Update time records |
| | | 108.00 | | |

# Detail of hours worked – Li

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Li | 1/23/2010 | 2.00 | Financial Analysis/Modeling | Analyze comparable companies |
| Li | 1/25/2010 | 2.00 | Financial Analysis/Modeling | Analyze comparable companies |
| Li | 1/26/2010 | 4.00 | Travel Time | Travel to/from Wilmington, DE for First Day Hearing |
| Li | 1/26/2010 | 1.00 | Court Hearings/Filings | First Day Hearing |
| Li | 1/26/2010 | 1.00 | General Presentation Preparation | Draft presentation for J. Lodovic meetings in NY next week |
| Li | 1/27/2010 | 1.00 | Bank Group - Calls/Meetings/Discussions | Research FTI due diligence request |
| Li | 2/2/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Li | 2/9/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Li | 2/10/2010 | 3.00 | Financial Analysis/Modeling | Financial analysis for AMI subsidiary |
| Li | 2/11/2010 | 2.00 | Financial Analysis/Modeling | Financial analysis for AMI subsidiary |
| Li | 2/12/2010 | 8.00 | Financial Analysis/Modeling | Financial analysis for AMI subsidiary |
| Li | 2/13/2010 | 2.00 | Financial Analysis/Modeling | Financial analysis for AMI subsidiary |
| Li | 2/14/2010 | 8.00 | Travel Time | Travel from NYC to Denver |
| Li | 2/15/2010 | 3.00 | Financial Analysis/Modeling | Financial analysis for AMI subsidiary |
| Li | 2/16/2010 | 8.00 | Financial Analysis/Modeling | Financial analysis for AMI subsidiary |
| Li | 2/16/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Li | 2/17/2010 | 6.00 | Travel Time | Travel from Denver to NYC |
| Li | 2/20/2010 | 0.50 | General Presentation Preparation | Prepare and format presentation for new director candidates |
| Li | 2/23/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Li | 2/24/2010 | 0.50 | Internal Meetings/Calls | Internal meeting regarding strategic alternatives for AMI |
| Li | 3/1/2010 | 0.50 | Debtor Advisor Planning | Addressing FTI due diligence questions |
| Li | 3/2/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Li | 3/2/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Li | 3/9/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Li | 3/12/2010 | 0.50 | Internal Meetings/Calls | Call with KPMG on fresh start accounting due diligence |
| Li | 3/16/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Li | 3/16/2010 | 8.00 | Case Administration | Fee application draft |
| Li | 3/17/2010 | 2.00 | Case Administration | Fee application draft |
| Li | 3/18/2010 | 1.00 | Case Administration | Fee application draft |
| Li | 3/19/2010 | 0.50 | Case Administration | Fee application draft |
| Li | 3/19/2010 | 0.50 | Internal Meetings/Calls | Call with KPMG on fresh start accounting due diligence |
| | | 69.00 | | |

# Detail of hours worked – Longenecker

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Longenecker | 1/23/2010 | 2.00 | Financial Analysis/Modeling | Analyze comparable companies |
| Longenecker | 1/25/2010 | 2.00 | Financial Analysis/Modeling | Analyze comparable companies |
| Longenecker | 1/27/2010 | 4.00 | General Presentation Preparation | Draft presentation for J. Lodovic meetings in NY next week |
| Longenecker | 2/2/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Longenecker | 2/9/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Longenecker | 2/16/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Longenecker | 2/19/2010 | 3.00 | General Presentation Preparation | Prepare and format presentation for new director candidates |
| Longenecker | 2/20/2010 | 4.00 | General Presentation Preparation | Prepare and format presentation for new director candidates |
| Longenecker | 2/22/2010 | 2.00 | Other | Update Lender List for recent transactions |
| Longenecker | 2/22/2010 | 4.00 | Other | Prepare and format presentation for new director candidates |
| Longenecker | 2/23/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Longenecker | 2/23/2010 | 2.00 | Other | Update Lender List for recent transactions |
| Longenecker | 2/24/2010 | 2.00 | Other | Update Lender List for recent transactions |
| Longenecker | 2/24/2010 | 0.50 | Internal Meetings/Calls | Internal meeting regarding strategic alternatives for AMI |
| Longenecker | 2/25/2010 | 0.50 | Internal Meetings/Calls | Call with A. Braiterman and S. Barkmeier with Markit re: bank debt pricing |
| Longenecker | 2/26/2010 | 5.00 | Financial Due Diligence | Collecting bond price data points on Bloomberg and research TRACE source |
| Longenecker | 3/2/2010 | 1.00 | Internal Meetings/Calls | Internal Meeting regarding strategic alternatives for AMI |
| Longenecker | 3/2/2010 | 3.00 | Financial Analysis/Modeling | Analyze strategic alternatives for AMI |
| Longenecker | 3/2/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Longenecker | 3/5/2010 | 3.00 | Financial Analysis/Modeling | Analyze strategic alternatives for AMI |
| Longenecker | 3/8/2010 | 3.00 | Financial Analysis/Modeling | Analyze strategic alternatives for AMI |
| Longenecker | 3/9/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Longenecker | 3/10/2010 | 3.00 | Financial Analysis/Modeling | Analyze strategic alternatives for AMI |
| Longenecker | 3/11/2010 | 1.00 | Financial Analysis/Modeling | Analyze comparable companies |
| Longenecker | 3/12/2010 | 3.00 | Financial Analysis/Modeling | Analyze strategic alternatives for AMI |
| Longenecker | 3/12/2010 | 1.00 | Internal Meetings/Calls | Internal Meeting regarding strategic alternatives for AMI |
| Longenecker | 3/12/2010 | 0.50 | Internal Meetings/Calls | Call with KPMG on fresh start accounting due diligence |
| Longenecker | 3/16/2010 | 0.50 | Bank Group - Calls/Meetings/Discussions | Weekly update call |
| Longenecker | 3/19/2010 | 0.50 | Internal Meetings/Calls | Call with KPMG on fresh start accounting due diligence |
| | | 53.50 | | |