IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **AFFILIATED MEDIA, INC.,** <br><br> **Debtor.** | Chapter 11 <br><br> Case No. 10-10202 (KJC) <br> RE: D.I. 177 |

## ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF ROTHSCHILD INC. AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTOR AND DEBTOR-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 22, 2010 THROUGH MARCH 19, 2010

Upon the First and Final Fee Application of Rothschild Inc. as Financial Advisor and Investment Banker to the Debtor and Debtor-in-Possession for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from January 22, 2010 Through March 19, 2010; and this Court having determined that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, the Court hereby ORDERS that:

1. The Application[1] is GRANTED.

2. Rothschild is allowed final compensation and reimbursement for (i) Monthly Fees in the amount of $338,709.67 and (ii) the MNG Completion Fee in the amount of $4,000,000.00.

3. Rothschild is allowed reimbursement of Rothschild's actual and necessary out-of-pocket expenses to the extent of the lesser of (i) the amount of such expenses actually incurred during the Application Period and (ii) $25,315.03.

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Application.

4. The Debtor is authorized and directed to pay Rothschild the Monthly Fees and the MNG Completion Fee earned during the Application Period, less any amounts previously paid to Rothschild by the Debtor on account of the Monthly Fees and the MNG Completion Fee earned during the Application Period.

5. Upon entry of this Order, the Escrow Agent is authorized to release the amounts on deposit in the Fund to Rothschild.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

7. This Order shall be effective immediately upon entry.

Dated: May 25, 2010
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE